B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Franco, Frank J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Franco, Dawn J. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  3490 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  4270 |
| Street Address of Debtor (No. and Street, City,  and State)<br>1740 Kings Gate Lane<br>Crystal Lake, IL        ZIPCODE 60014 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1740 Kings Gate Lane<br>Crystal Lake, IL        ZIPCODE 60014 |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business:<br>Kane |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

_____

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  §101(8) as "incurred by an
  individual primarily for a
  personal, family, or household
  purpose."
- [x] Debts are primarily
  business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach
  signed application for the court's consideration certifying that the debtor is unable
  to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts
  owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or
  more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Frank J. Franco & Dawn J. Franco |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Four Seasons Heating & Cooling, Inc. | Case Number: 08-01601 | Date Filed: 1/25/2008 |
|---|---|---|
| District: Northern District of Illinois | Relationship: Corporation | Judge: Manuel Barbosa |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Frank J. Franco & Dawn J. Franco |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Frank J. Franco
_____
Signature of Debtor

X  /s/ Dawn J. Franco
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

April 25, 2008
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X  /s/ Richard T. Jones
_____
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
_____
Printed Name of Attorney for Debtors

Jones & Hart Law Offices
_____
Firm Name

138 Cass Street
_____
Address

Post Office Box 1693      Woodstock, Illinois 60098
_____

(815) 334-8220
_____
Telephone Number

April 25, 2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

In re Frank J. Franco & Dawn J. Franco                        Case No._____
_____
Debtor(s)                                                        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐   3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.).
      ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
      ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Frank J. Franco _____
                           FRANK J. FRANCO

Date: April 25, 2008 _____

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 – 31415 - Adobe PDF

2

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In re  Frank J. Franco & Dawn J. Franco _____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: /s/ Dawn J. Franco _____
                          DAWN J. FRANCO

Date: April 25, 2008 _____

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

2

**B6A (Official Form 6A) (12/07)**

In re <u>  Frank J. Franco & Dawn J. Franco  </u>    Case No. <u>                              </u>
       **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1740 Kings Gate<br>Crystal Lake, IL | Joint tenancy | J | 399,000.00 | 364,811.00 |
| 56 East End-Commercial Building<br>Gilberts, IL | Joint tenancy | J | 500,000.00 | 165,000.00 |
| | | Total ➤ | 899,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Frank J. Franco & Dawn J. Franco                              Case No. _____

       **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>Citibank<br><br>Savings accou nt<br>Harris Bank | J<br><br>J | 0.00<br><br>650.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings<br>Debtors' possession | J | 1,730.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books and pictures<br>Debtors' possession | J | 15.00 |
| 6.  Wearing apparel. | | Necessary wearing apparel<br>Debtors' possession | J | 200.00 |
| 7.  Furs and jewelry. | | Miscellaneous jewelry<br>Miscellaneous jewelry | J | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

In re   Frank J. Franco & Dawn J. Franco                              Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension | H | 63,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 100% interest in 4 Seasons Heating & Cooling | W | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

In re    Frank J. Franco & Dawn J. Franco                                    Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Newman/Dutch Steer motorhome; 43,000 miles subject to lien of US Bank<br>Debtors' possession | J | 80,000.00 |
| | | 2004 Chevrolet Silverado<br>Debtors' possession | J | 5,000.00 |
| | | 2004 Honda Dirtbike<br>Debtors' possession | J | 1,500.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Computer<br>Debtors' possession | J | 50.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous equipment & tools<br>Debtors' possession | H | 2,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____    continuation sheets attached        Total    $        154,445.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6C (Official Form 6C) (12/07)

In re  <u>Frank J. Franco & Dawn J. Franco</u>          Case No. <u>                    </u>
<b>Debtor</b>                                            <b>(If known)</b>

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1740 Kings Gate | (Husb)735 I.L.C.S 5§12-901<br>(Wife)735 I.L.C.S 5§12-901 | 15,000.00<br>15,000.00 | 399,000.00 |
| Checking account | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 0.00<br>0.00 | 0.00 |
| Savings accou nt | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 325.00<br>325.00 | 650.00 |
| Miscellaneous household goods and furnishings | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 865.00<br>865.00 | 1,730.00 |
| Miscellaneous books and pictures | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 7.50<br>7.50 | 15.00 |
| Necessary wearing apparel | (Husb)735 I.L.C.S 5§12-1001(a)<br>(Wife)735 I.L.C.S 5§12-1001(a) | 100.00<br>100.00 | 200.00 |
| Miscellaneous jewelry | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 150.00<br>150.00 | 300.00 |
| Computer | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 25.00<br>25.00 | 50.00 |
| Pension | (Husb)735 I.L.C.S 5§12-1006 | 63,000.00 | 63,000.00 |
| 2004 Chevrolet Silverado | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Husb)735 I.L.C.S 5§12-1001(c)<br>(Wife)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(c) | 100.00<br>2,400.00<br>100.00<br>2,400.00 | 5,000.00 |
| 2004 Honda Dirtbike | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 750.00<br>750.00 | 1,500.00 |
| Miscellaneous equipment & tools | (Husb)735 I.L.C.S 5§12-1001(c)<br>(Husb)735 I.L.C.S 5§12-1001(d) | 500.00<br>1,500.00 | 2,000.00 |

B6D (Official Form 6D) (12/07)

In re _____Frank J. Franco & Dawn J. Franco_____,                Case No. _____
      **Debtor**                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 354059<br><br>Castle Bank<br>141 W. Lincoln Hwy<br>Dekalb, IL 60115 | | | Lien: Second mortgage<br>Security: 1740 Kingsgate Lane, Crystal Lake, IL<br><br>VALUE $   399,000.00 | | | | 243,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Kane County Collector<br>719 S. Batavia<br>Geneva, IL 60134 | | | Lien: Real estate taxes<br>Security: 56 East End Dr., Gilberts, IL<br><br>VALUE $   500,000.00 | | | | 5,000.00 | 0.00 |
| ACCOUNT NO. 5201303913<br><br>LaSalle Bank<br>1355 LaSalle Street<br>Chicago, IL 60603 | | | Lien: Line of Credit<br>Security: 56 East End Dr., Gilberts, IL<br><br>VALUE $   500,000.00 | | | | 2,100.00 | 0.00 |

 __1_____ continuation sheets attached

Subtotal ▶   $   250,100.00   $   0.00
(Total of this page)

Total ▶   $      $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Frank J. Franco & Dawn J. Franco_____,          Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LaSalle Bank<br>1355 LaSalle Street<br>Chicago, Illinois 60603 | | | Lien: Mortgage-commercial building<br>Security: 56 East End Dr., Gilberts, IL<br><br>VALUE $　　500,000.00 | | | | 165,000.00 | 0.00 |
| ACCOUNT NO.<br><br>LaSalle Bank<br>c/o Ruff, Weidenaar & Reidy<br>222 N. LaSalle Street, #700<br>Chicago, Illinois 60601 | | | Lien: Mortgage<br>Security: 56 East End Dr., Gilberts, IL<br><br>VALUE $　　500,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 510329194<br><br>US Bank<br>Post Office Box 790409<br>St. Louis, MO 63179-0409 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2003 Dutch Star motor home<br><br>VALUE $　　80,000.00 | | | | 110,713.00 | 30,713.00 |
| ACCOUNT NO. 3073200424<br><br>Wells Fargo Home Mortgage<br>Bankruptcy Department<br>3476 State View Blvd.<br>Fort Mill, South Carolina 29715 | | | Lien: Mortgage<br>Security: 1740 Kingsgate Lane, Crystal Lake, IL<br><br>VALUE $　　399,000.00 | | | | 121,811.00 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal (s) ▶<br>(Total(s) of this page) | $    397,524.00 | $    30,713.00 |
| Total(s) ▶<br>(Use only on last page) | $    647,624.00 | $    30,713.00 |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

B6E (Official Form 6E) (12/07)

In re  Frank J. Franco & Dawn J. Franco                                    ,           Case No._____
                    Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____,        Case No._____
       Frank J. Franco & Dawn J. Franco
               Debtor                                                 (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

0
____ **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re __Frank J. Franco & Dawn J. Franco_____,          Case No. _____
                **Debtor**                                                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A Warehouse on Wheels<br>Post Office Box 39<br>Lamont, IL 60439 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>A+ Printing<br>920 Second Avenue<br>Rockford, IL 61104 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>A-1 Repair, Inc.<br>45 S. Maple Street<br>Elgin, Illinois 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>A.J. Gallagher<br>Two Pierce Place<br>Itasca, IL 60143 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

____36____ continuation sheets attached

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco _____,    Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ABC Supply<br>29W581 North Ave.<br>West Chicago, IL 60185 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Able Distributors<br>Attn: Danny Blier<br>4506 Highpoint Rd.<br>McHenry, IL 60050 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>ADP<br>100 Northwest Point Blvd<br>Elk Grove Village, IL 60007 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>ADT Security Services<br>Post Office Box 371967<br>Pittsburgh, PA 15250 | | | Consideration: Personal liability for corporate debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Alberto Flores, Sr.<br>10463 Casselberry lane<br>Huntley, IL 60142 | | | Consideration: Personal liability for corporate debt | | | | 553.00 |

Sheet no. 1 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 553.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Frank J. Franco & Dawn J. Franco                    ,     Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>All Power Equipment Repair<br>Post Office Box 6294<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br>Allegra Print & Imaging<br>909 Davis Road<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  5407 4001 3095 3631<br>Amalgamated Bank<br>Post Office Box 1106<br>Chicago, IL 60690 | | | Consideration: Credit card debt-Personal liabilty for corporate debt | | | | 17,000.00 |
| ACCOUNT NO.  3717 551243 31000<br>American Express<br>Customer Service<br>Post Office Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | Consideration: Credit card debt | | | | 25,500.00 |
| ACCOUNT NO.  3732 7865578 1004<br>American Express<br>Customer Service<br>Post Office Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | Unknown |

Sheet no. 2 of 36 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  42,500.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Frank J. Franco & Dawn J. Franco_____,          Case No. _____

       **Debtor**                                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3717551243310<br><br>American Express<br>Customer Service<br>Post Office Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Anchor Towing<br>90 East Street<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Answercall 24<br>438 W. Terra Cotta Avenue<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>AT&T<br>Attn:  Bankruptcy Department<br>Post Office Box 57907<br>Murray, UT 84157 | | | Consideration: Services rendered-Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Barb Peters<br>10452 Casselberry Lane<br>Huntley, IL 60142 | | | Consideration: Personal liability for corporate debt | | | | 780.00 |

Sheet no. 3 of 36 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  780.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barnett Brass<br>1000 Stevson Street, #101<br>Roselle, IL 60172 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Belden Press<br>1082 National Pkwy<br>Schaumburg, IL 60173 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>BM Welding Service<br>341 Factory Rd.<br>Addison, IL 60101 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Borhart, Spellmeyer & Co.<br>Attn:  Steve Garrels<br>2205 Point Blvd., #160<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Boughton Trucking & Material<br>11746 S. Naperville-Plainfield<br>Plainfield, IL 60544 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __4__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,    Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brent E. Hamachek<br>Marks & Assoc.<br>4239 Terri Lyn Lane<br>Northbrook, IL 60062 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Brock Tool Company<br>1475 Louis Avenue<br>Elk Grove Village, IL 60007 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Bushnell, Inc.<br>3270 Eagle Way<br>Chicago, IL 60678 | | | Consideration: Personal liability for corporate debt | | | | Notice Only |
| ACCOUNT NO.   4036 4750 0146 9315<br><br>Business Card<br>Post Office Box 15710<br>Wilmington, DE 19886 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | 22,000.00 |
| ACCOUNT NO.   5178 0573 0117 1935<br><br>Capital One<br>1957 Westmoreland Road<br>Post Office Box 26094<br>Richmond, VA 23260-6094 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | 16,600.00 |

Sheet no. _5_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   38,600.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,    Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Capitol Indemnity Corp.<br>c/o Phoenix Management Solutions<br>10000 North 31st Ave., #C-301<br>Phoenix, AZ 85051 | | | Consideration: Personal liabilty for corporate debt | | | | 59,049.42 |
| ACCOUNT NO.<br>Central Furnace Supply<br>Attn:  Tony/Mike Ruble<br>1100 Shore Road<br>Naperville, IL 60553 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.   10519215085512<br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.   10317514593108<br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.   10302112213804<br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |

Sheet no. __6__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 59,049.42

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco_____,      Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10302017492404<br><br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.  10301012463501<br><br>Chase Automotive Finance<br>Bankruptcy Department<br>900 Stewart Avenue, 4th Fl.<br>Garden City, NY 11530-4855 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.  5366 1410 2401 0504<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt | | | | 224.00 |
| ACCOUNT NO.  4246 3151 4206 9002<br><br>Chase Card Service<br>Post Office Box 15129<br>Wilmington, DE 19850-5129 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | 24,000.00 |
| ACCOUNT NO.<br><br>Chicago Furnace<br>4929 Lincoln Ave.<br>Lisle, IL 60532 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no.  7  of  36  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      24,224.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Frank J. Franco & Dawn J. Franco_____ ,    Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chicago JM Plumbers Local 130<br>1340 W. Washington Blvd.<br>Chicago, IL 60607 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Chicago Journeyman Plumbers 130<br>1340 W. Washington Blvd.<br>Chicago, IL 60607 | | | Consideration: Personal liabilty for corporate debt | | | | 0.00 |
| ACCOUNT NO.  271272108274<br><br>Citizens Auto Finance<br>Post Office Box 42115<br>Providence, RI 02940-2115 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.  2712721082754<br><br>Citizens Auto Finance<br>Post Office Box 42115<br>Providence, RI 02940-2115 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>CM Systems<br>1516 S. Brentwood Blvd., #102<br>St. Louis, MO 63144 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __8__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,        Case No. _____

           **Debtor**                                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CNH Capital<br>Dept. CH 10460<br>Palatine, IL 60055 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Columbia Pipe & Supply<br>1209 Payshpere Circle<br>Chicago, IL 60674 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  8185733026<br><br>ComEd<br>Attn.:  Revenue Management<br>2100 Swiss Drive<br>Oak Brook, Illinois 60523 | | | Consideration: Services rendered-Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  20073<br><br>Connor Company<br>Attn:  Jason Long<br>1015 W. Lake Street<br>Aurora, IL 60506 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  FOU100<br><br>Control'd Engineering Supply Co.<br>299 Roosevelt Rd.<br>Glen Ellyn, IL 60137 | | | Consideration: Personal liabilty for corporate debt | | | | 3,500.00 |

Sheet no.  9   of  36   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,500.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco                        ,        Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Control'd Engineering Supply Co.<br>c/o Peregrine, Stime, et al<br>221 E. Illinois Street, Box 564<br>Wheaton, IL 60189-0564 | | | Consideration: Personal liabilty for corporate debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Country Gas Co.<br>4010 Highway 14<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Crawford Supply<br>1958 Paysphere Circle<br>Chicago, IL 60674 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Custom Concrete Cutting<br>6818 Waterford Dr.<br>McHenry, IL 60050 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Darlene Ringa<br>906 Woodbridge Dr.<br>Cary, IL 60013 | | | Consideration: Personal liability for corporate debt | | | | 1,512.00 |

Sheet no.  10  of  36  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,512.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
                   **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dave Paddock<br>1617 Jennifer Lane<br>McHenry, IL 60050 | | | Consideration: Personal liability for corporate debt | | | | 1,040.00 |
| ACCOUNT NO.<br><br>Discount Muffler & Brake<br>857 Wise Road<br>Schaumburg, IL 60193 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  7696<br><br>Discount Tire Co.<br>Post Office Box 29851<br>Phoenix, AZ 85038 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  6011 0079 8014 4207<br><br>Discover Financial Services<br>Post Office Box 8003<br>Hilliard, Ohio 43026 | | | Consideration: Credit card debt-Personal liability for corporate debt | | | | 6,200.00 |
| ACCOUNT NO.  168278<br><br>Equipment Depot of IL<br>2545 Northwest Pkwy<br>Elgin, IL 60124 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __11__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        7,240.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
                **Debtor**                                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  GPXDWG<br><br>Excel Telecommunications<br>Post Office Box 219046<br>Kansas City, MO 64121-9046 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  10812<br><br>Excelsior Mfg & Supply Co.<br>135 S. LaSalle, Dept. 1846<br>Chicago, IL 60674 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  3699363929<br><br>Exxon/Mobil<br>Post Office Box 103031<br>Roswell, Georgia 30076 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  WDIL1639<br><br>Fastenal Company<br>11915 Industrial Heights Dr.<br>Woodstock, IL 60098 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  227040076<br><br>Federal Express<br>Post Office Box 1140, Dept. A<br>Memphis, TN 38101-1140 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __12__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Frank J. Franco & Dawn J. Franco _____ ,          Case No. _____
                    **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ferguson<br>4558 Collections Center Dr.<br>Chicago, IL 60693 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  5329 0206 8606 0066<br><br>FIA Card Services<br>Post Office Box 15726<br>Wilmington, DE 19886-5726 | | | Consideration: Credit card debt-Personal liabilty for corporate debt | | | | 22,000.00 |
| ACCOUNT NO.  5329 0206 8683 1331<br><br>FIA Card Services<br>Post Office Box 15726<br>Wilmington, DE 19886-5726 | | | Consideration: Credit card debt-Personal liabilty for corporate debt | | | | 15,200.00 |
| ACCOUNT NO.  5329 0206 8060 0055<br><br>FIA Card Services<br>Post Office Box 15726<br>Wilmington, DE 19886-5726 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  5329 0206 8606 5329-020<br><br>FIA Card Services<br>Post Office Box 15726<br>Wilmington, DE 19886-5726 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no.  13   of  36   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   37,200.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,          Case No. _____
          **Debtor**                                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0859279002<br><br>Fifth Third Bank<br>Cust. Ser. Dept./Mail Drop 1090G1<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>First National Bank of Marengo<br>11700 Route 47<br>Huntley, IL 60142 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.  91116542<br><br>First Supply<br>Post Office Box 8124<br>Madison, WI 53708 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  99123987182<br><br>Ford Motor Credit Company<br>1901 N. Roselle Rd, #610<br>Schaumburg, Illinois 60195-3184 | | | Consideration: Personal liabilty for corporate debt-various trucks | | | | 12,878.49 |
| ACCOUNT NO.  F198889<br><br>Fort Dearborn Life Insurance<br>1020 31st Street<br>Downers Grove, IL 60515 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __14__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

                                                   Subtotal ➤   $   12,878.49

                                                       Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____ ,          Case No. _____
        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Four Seasons & Hearing & Air<br>c/o James Hanrath<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  40706859<br><br>Fox Valley Internet, Inc.<br>2585 Millennium Dr., #6<br>Elgin, IL 60124 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Frank & Eleanor Franco<br>5307 Autumn Way<br>Johnsburg, IL 60050 | | | Consideration: Personal liabilty for corporate debt | | | | 535,000.00 |
| ACCOUNT NO.  290640<br><br>G & S Supply<br>35340 Eagle Way<br>Chicago, IL 60678 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>G.W. Berkheimer<br>Attn:  John Bailey<br>4100 Albany Street<br>McHenry, IL 60050 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no.  15  of  36  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     535,000.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco                    ,        Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  01-FSHC01<br><br>Generation X Technologies<br>10757 Wolf Drive<br>Huntley, IL 60142 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  88000321054<br><br>Global Payments Systems<br>7240 Parkway Dr., #400<br>Hanover, MD 21076 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  154 912 8197 13<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Consideration: Auto lease agreement | | | | Unknown |
| ACCOUNT NO.  024908800826<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 14,429.59 |
| ACCOUNT NO.  024908088192<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 15,523.61 |

Sheet no.  16  of  36  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  29,953.20

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,      Case No. _____
                              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  024908301016  GMAC  Post Office Box 2150  Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 14,427.89 |
| ACCOUNT NO.  024909175675  GMAC  Post Office Box 2150  Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 10,479.61 |
| ACCOUNT NO.  154902318224  GMAC  Post Office Box 2150  Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 1,493.36 |
| ACCOUNT NO.  024909952243  GMAC  Post Office Box 2150  Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 22,625.22 |
| ACCOUNT NO.  154902827241  GMAC  Post Office Box 2150  Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |

Sheet no. _17_ of _36_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        49,026.08

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco_____,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  024909833411<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | 14,843.36 |
| ACCOUNT NO.  024910610258<br><br>GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | | | Consideration: Personal liabilty for corporate debt | | | | Unknown |
| ACCOUNT NO.  846297216<br><br>Grainger<br>Post Office Box 481246<br>Niles, IL 60714 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Greg Bochnick<br>N1373 Thistle Rd.<br>Genoa City, WI 53128 | | | Consideration: Personal liability for corporate debt | | | | 781.06 |
| ACCOUNT NO.<br><br>Grundy Bank<br>Post Office Box 520<br>Morris, IL 60450 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __18__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  | 15,624.42

Total ➤  | $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco _____ ,   Case No. _____
_____                                      _____
**Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  133180<br><br>Gustave A. Larson<br>Post Office Box 68-3006<br>Milwaukee, WI 53268 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  BJ5811<br><br>Harleysville Insurance<br>355 Maple Avenue<br>Harleysville, PA 19438 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  P98889<br><br>Healthcare Service Corp.<br>Post Office Box 1186<br>Chicago, IL 60690 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Hinckley Spring Water Company<br>Post Office Box 1888<br>Bedford Park, IL 60499-1888 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  Multiple accounts<br><br>Home Depot<br>Monogram Credit Card Bk of GA<br>7840 Roswell Rd., Bldg. 100, #210<br>Atlanta, Georgia 30350 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no.  19  of  36  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                     0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Frank J. Franco & Dawn J. Franco_____,     Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hunn Signs<br>642 E. Chicago Street<br>Elgin, IL 60120 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Huntley Collision Center<br>11914 W. Main Street<br>Huntley, IL 60142 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Hyphen Solutions<br>Post Office Box 849936<br>Dallas, TX 75284 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.   40368<br><br>IDM Group<br>541 Northgate Pkwy<br>Wheeling, IL 60090 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>IL Business Solutions<br>2808 Centre Drive<br>Downers Grove, IL 60515 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __20__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　　　0.00

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,          Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Industry Advancement Fund<br>31855 N. US Highway 12<br>Volo, IL 60073 | | | Consideration: Undustry Advancement Fund | | | | Unknown |
| ACCOUNT NO.<br><br>Jackson/Lewis<br>320 W. Ohio Street, #500<br>Chicago, IL 60610 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Jay T. Jurcenko<br>872 Northshore Dr.<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | 502.01 |
| ACCOUNT NO.<br><br>John Smarzewski<br>627 Ryan Lane, #3<br>Dundee, IL 60118 | | | Consideration: Personal liability for corporate debt | | | | 1,108.69 |
| ACCOUNT NO.<br><br>Johnson & Bell<br>55 E. Monroe, #4100<br>Chicago, IL 60603 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __21__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,610.70

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Frank J. Franco & Dawn J. Franco</u>,          Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15857<br><br>Johnstone Supply<br>3358 Pyramid Dr.<br>Rockford, IL 61109 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Joint Apprenticeship Committee Fund<br>31855 N. US Highway 12<br>Volo, IL 60073 | | | Consideration: Industry Advancement Fund | | | | Unknown |
| ACCOUNT NO. 6035<br><br>Joseph D. Foreman & Co.<br>28102 W. Industrial Ave.<br>Barrington, IL 60010 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Kennedy Productions<br>1208 Lisle Place<br>Lisle, IL 60532 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Labels & Decals Inter<br>300 Fontier Way<br>Bensenville, IL 60106 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. _22_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,     Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LaSalle Bank<br>135 S. LaSalle Street<br>Chicago, IL 60603 | | | Consideration: Personal liability for corporate debt | | | | 2,100,000.00 |
| ACCOUNT NO.  EO1759 & EO7638<br><br>Lennox Industries, Inc.<br>699 Regency  Drive<br>Glendale Heights, IL 60139 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  E07638<br><br>Lennox Industries, Inc.<br>Post Office Box 910549<br>Dallas, TX 75391-0549 | | | Consideration: Personal liability for corporate debt | | | | 124,275.31 |
| ACCOUNT NO.<br><br>M & A Prescision Truck Repair<br>1480 Imroff Dr.<br>Lake in the Hills, IL 60156 | | | Consideration: EO1759 & E07638 | | | | Unknown |
| ACCOUNT NO.<br><br>M. Wagner & Son<br>2321 Foster<br>Wheeling, IL 60090 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __23__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     2,224,275.31

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
       **Debtor**                                                      **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marks & Associates<br>802 Woodleigh Avenue<br>Highland Park, IL 60035 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Mary DeFrancisco<br>102 N. Greenfield Ave.<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | 1,245.24 |
| ACCOUNT NO.<br><br>Matt Demuth's Excavating<br>23009 W. Milton Rd.<br>Mundelein, IL 60060 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>McCabe & Hogan<br>Attn:  Daniel P. Hogan<br>19 S. Bothwell St., #200<br>Palatine, IL 60067 | | | Consideration: Legal services-Personal liability for corporate debt | | | | 8,055.61 |
| ACCOUNT NO.<br><br>Medinah Metals<br>333 E. Lake Street<br>Bloomgdale, IL 60108 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __24__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,300.85

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,        Case No. _____
                                   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mike Flannigan<br>863 Plymouth Lane<br>Island Lake, IL 60042 | | | Consideration: Personal liability for corporate debt | | | | 1,213.07 |
| ACCOUNT NO.<br><br>MV Fiberglass Service<br>5548 S. Neva Ave.<br>Chicago, IL 60638 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.   C120848<br><br>National Construction Rentals<br>Post Office Box 4503<br>Pacoima, CA 91333 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>National Fiberglass<br>Post Office Box 475<br>Crystal Lake, IL 60039 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>National Plumbing & Heating Supply<br>Post Office Box 475<br>Crystal Lake, IL 60014 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __25__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,213.07

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco                     ,        Case No. _____
               **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>New England Business Serv.<br>500 Main Street<br>Gronton, MA 01471 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  5065726002<br>Nicor<br>Post Office Box 2020<br>Aurora, Illinois 60507-2020 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br>North States Steel<br>811 Eagle Drive<br>Bensenville, IL 60106 | | | Consideration: Personal liability for corporate debt | | | | Notice Only |
| ACCOUNT NO.  6411<br>Northwest News Group<br>Post Office Box 250<br>Crystal Lake, IL 60039 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br>Nu-Ware<br>205 E. Butterfield Rd.<br>Elmhurst, IL 60126 | | | Consideration: Personal liability for corporate debt | | | | Notice Only |

Sheet no.  26  of  36  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,        Case No. _____
                  **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0000452<br><br>Nucomfort Supply, Inc.<br>500 Windy Point Dr.<br>Glendale Heights, IL 60139 | | | Consideration: Personal liability for corporate debt | | | | 108,455.99 |
| ACCOUNT NO.  452<br><br>Nucomfort Supply, Inc.<br>500 Windy Point Dr.<br>Glendale Heights, Il 60139 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Official Heating & Cooling<br>1401 North Drive<br>McHenry, IL 60050 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Pipe Fitters Local 597<br>221 N. LaSalle Street, #3400<br>Chicago, Illinois 60601 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Pipefitters Local 597<br>221 N. LaSalle Street, #3400<br>Chicago, IL 60601 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. _27_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    108,455.99

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco_____,        Case No. _____
                **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  17344540863 <br><br> Pitney Bowes <br> Post Office Box 5065 <br> Shelton, CT 06484 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO. <br><br> Plumbers & Pipefitters Local 422 <br> 2114 I 80 S. Frontage Rd. <br> Joliet, IL 60436 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  PA12405 <br><br> Plumbers Access <br> Post Office Box 51485 <br> Ontario, CA 91761 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO. <br><br> Plumbers Local 93 <br> 31855 N. US Hwy 12 <br> Volo, IL 60073 | | | Consideration: Personal liabilty for corporate debt | | | | 260,000.00 |
| ACCOUNT NO. <br><br> Plumbers Local 93 <br> c/o Johnson & Krol, LLC <br> 208 S. LaSalle Street, #1602 <br> Chicago, IL 60604 | | | Consideration: Personal liabilty for corporate debt | | | | Notice Only |

Sheet no.  28  of  36  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤       $      260,000.00

Total ➤       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,          Case No. _____
                 **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Plumbers Local Union 93 Pension Fund<br>31855 N. US Highway 12<br>Volo, IL 60073 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers Local Union 93 Retirment Account Fund<br>31855 N. US Highway 12<br>Volo, IL 60073 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers Local Union 93 Health & Welfare Fund<br>31855 N. US Highway 12<br>Volo, IL 60073 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Plumbers-Pipefitters Local 501<br>1295 Butterfield Rd.<br>Aurora, IL 60502 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  4188<br><br>Porter Pipe & Supply<br>35049 Eagle Way<br>Chicago, IL 60676 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __29__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $                0.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Precision Sharpening<br>546 Cookkane Avenue<br>Elgin, IL 60120 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  120<br><br>Pride Construction Co.<br>1119 W. Algonquin Rd.<br>Lake in the Hills, IL 60156 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Pro-Fastening Systems, Inc.<br>44 E. University Dr.<br>Arlington Heights, IL 60004 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  20073 & 591182<br><br>Pro-Power<br>1684 Reliable Pkwy<br>Chicago, IL 60686 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  7244<br><br>Ralph Helm<br>36W710 Foothill Rd.<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __30__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $　　　　　　0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Frank J. Franco & Dawn J. Franco_____,    Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ray Schrieber Disposal Co.<br>11N435 Stonecrest Ct<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Redi-Weld & Manufacturing<br>8711 Pyott Rd.<br>Lake in the Hills, IL 60156 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Risk Mgmt Ass'n of Res. Const.<br>c/o David H. Levitt<br>222 N. LaSalle Street, #300<br>Chicago, IL 60601 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Safeco Insurance Co.<br>Post Office Box 11223<br>Tacoma, WA 98411 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Schrocks Towing, Inc.<br>Post Office Box 995<br>Dundee, IL 60118 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __31__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0.00

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank J. Franco & Dawn J. Franco                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  200338<br><br>Schulhof Company<br>4243 N. Honore St.<br>Chicago, IL 60613 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Seabright Insurance co.<br>13038 Collective Center Dr.<br>Chicago, IL 60693 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Shaw Gussis<br>321 N. Clark Stret, #800<br>Chicago, IL 60610 | | | Consideration: Legal services-Personal liabilty for corporate debt | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Sheet Metal Workers Local 265<br>205 Alexandra Way<br>Carol Stream, IL 60188 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Sheet Metal Workers Local 73<br>4500 Roosevelt Rd.<br>Hillside, IL 60162 | | | Consideration: Personal liability for corporate debt | | | | Notice Only |

Sheet no. __32__ of __36__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $        30,000.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco                    ,          Case No. _____
_____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sheet Metal Workers National<br>601 N. Fairfax Street, #500<br>Alexandria, VA 22314 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Sid Harvey Industries<br>605 Locust Street<br>Garden City, NY 11530 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Sound Billing<br>Post Office Box 620130<br>Middleton, WI 53562 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  924701517<br><br>Sprint PCS<br>Customer Care<br>Post Office Box 8077<br>London, KY 40742 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>State Disbursement Unit<br>Post Office Box 5400<br>Carol Stream, IL 60197 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. _33_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____ ,          Case No. _____
        **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sterling Supply, Inc,.<br>4900 Lincoln Ave., Rte 53<br>Lisle, IL 60532 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.  4157 & 41570<br><br>Temperature Equipment Corp.<br>17725 Bolbrecht<br>Lansing, IL 60438 | | | Consideration: Personal liabilty for corporate debt | | | | 1,130,000.00 |
| ACCOUNT NO.<br><br>Temperature Equipment Corp.<br>c/o William H. Hrabak, Jr., Attorney<br>835 McClintock Dr., 2nd Fl.<br>Burr Ridge, IL 60527 | | | Consideration: Personal liabilty for corporate debt | | | | Notice Only |
| ACCOUNT NO.<br><br>The Horton Group<br>10320 Orland Prkwy<br>Orland Park, IL 60467 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>TMJ Fastners<br>Post Office Box 361<br>LaFox, IL 60147 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. _34_ of _36_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,130,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco _____ ,        Case No. _____
_____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tower Show Productions<br>800 Roosevelt Rd., #B,<br>Ste. 414<br>Glen Ellyn, IL 60137 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>United Pipe & Supply<br>420 N. Industrial Dr.<br>Bradley, IL 60915 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Universal Heating & Supplies<br>325 W. Laura Dr.<br>Addison, IL 60101 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>US Bank<br>Post Office Box 790409<br>St. Louis, MO 63179-0409 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Valley Commercial Capital<br>1455 Valley Road<br>Wayne, NJ 07470 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. __35__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank J. Franco & Dawn J. Franco_____,          Case No. _____
_____**Debtor**_____                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon Wireless Bankruptcy Dept.<br>Post Office Box 3397<br>Bloomington, IL 61702 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Wagner Office Solutions<br>1595 Highpoint Dr.<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>WM. F. Meyer<br>300 S. McLean Blvd., Unit Q<br>Elgin, IL 60123 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>Wramsco<br>4925 Indiana Ave., #100<br>Lisle, IL 60532 | | | Consideration: Personal liability for corporate debt | | | | Unknown |
| ACCOUNT NO.<br><br>York International<br>Post Office Box 905578<br>Charlotte, NC 28290 | | | Consideration: Personal liability for corporate debt | | | | Unknown |

Sheet no. _36_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $            0.00

Total ► $    4,622,496.53

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  Frank J. Franco & Dawn J. Franco
_____     Case No. _____
                                    Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GMAC<br>Post Office Box 2150<br>Greeley, CO 80632-2150 | Auto lease agreement for GM Acadia with monthly payments of $525.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re  Frank J. Franco & Dawn J. Franco                                    Case No. _____
                                    **Debtor**                                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  - 31415 - Adobe PDF

B6I (Official Form 6I) (12/07)

In re _Frank J. Franco & Dawn J. Franco_____    Case _____
        **Debtor**                                                    **Case**        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter | AGE(S): 14 years, 11 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Unemployed |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 0.00 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union Dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify)_____ | $ 0.00 | $ 0.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income (D)Unemployment comp.  (S)Unemployment comp. (Specify)_____ | $ 1,629.00 $ 0.00 | $ 2,214.00 $ 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,629.00 | $ 2,214.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,629.00 | $ 2,214.00 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 3,843.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

        None _____
        _____
        _____

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

In re   Frank J. Franco & Dawn J. Franco _____   Case No. _____
_____
_____**Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,340.00 |
| a. Are real estate taxes included?   Yes _____ No ✓ | | |
| b. Is property insurance included?   Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 300.00 |
| b. Water and sewer | | $ 42.00 |
| c. Telephone | | $ 60.00 |
| d. Other Disposal/cable/cell/internet | | $ 120.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 15.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 100.00 |
| b. Life | | $ 100.00 |
| c. Health | | $ 52.00 |
| d. Auto | | $ 100.00 |
| e. Other_____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    Real estate taxes | | $ 833.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 530.00 |
| b. Other    Second mortgage | | $ 2,100.00 |
| c. Other    Mobile home | | $ 860.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other_____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 7,052.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,214.00. See Schedule I) | | $ 3,843.00 |
| b. Average monthly expenses from Line 18 above | | $ 7,052.00 |
| c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | | $ -3,209.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re      Frank J. Franco & Dawn J. Franco             Case No. _____

                        Debtor              Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 899,000.00 | | |
| B – Personal Property | YES | 3 | $ 154,445.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 647,624.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 37 | | $ 4,622,496.53 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,843.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,052.00 |
| TOTAL | | 50 | $ 1,053,445.00 | $ 5,270,120.53 | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    Frank J. Franco & Dawn J. Franco                    Case No. _____

                              Debtor

                              Chapter        7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

Frank J. Franco & Dawn J. Franco

In re _____     Case No. _____
**Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____52____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 25, 2008__     Signature: __/s/ Frank J. Franco__
Debtor:

Date __April 25, 2008__     Signature: __/s/ Dawn J. Franco__
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
_____
[Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

In Re  Frank J. Franco & Dawn J. Franco _____     Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2008(db) | 0.00 | None | | FY: 01/01/08 to 03/31/08 |
| 2007(db) | 262,982.00 | Joint income from employment | | FY: 01/01/07 to 12/31/07 |
| 2006(db) | | | | |
| 2008(jdb) | | | | |
| 2007(jdb) | | | | |
| 2006(jdb) | | | | |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**2.    Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation
☐    of the debtor's business during the two years immediately preceding the commencement of this case.  Give
    particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
    chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|
| 2008(db) | Unemployment compensation |
| (db) | |
| 2008(jdb) | Unemployment compensation |
| (jdb) | |

None    **3.  Payments to creditors**


     *Complete a. or b., as appropriate, and c.*

    *a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases
    of goods or services, and other debts to any creditor made within 90 days immediately preceding the
    commencement of this case unless the aggregate value of all property that constitutes or is affected by such
    transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
    a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved
    nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13
    must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor
    made within 90 days immediately preceding the commencement of the case if the aggregate value of all
    property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual,
    indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
    obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and
    credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and
    other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
    and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒        *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case
        to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13
        must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐        a.        List all suits and administrative proceedings to which the debtor is or was a party within one year
        immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
        must include information concerning either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LaSalle National Bank vs. 4 Seasons Heating & Cooling, Frank & Dawn Franco | Foreclosure | Cook County, IL | Pending |
| Board of Trustees of the Plumbers' Local Union No. 93 UA vs. Dawn Franco; Case No.:  08CV373 | Civil Action | Northern District of IL, Eastern Div. | Judgment rendered in favor of Plaintiff |
| Temperature Equipment Corp vs. Franco; Case No.:08CH11541 | Complaint for reformation, breach of contract | Cook County, IL | Pending |
| Control'd Engineering Supply Co. vs. Franco; Case No.:08SC1019 | Small claims | DuPage County, IL | Pending |

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒      within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
       12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.    Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
       case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.   Assignments and Receiverships

None   a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient.    (Married debtors filing
      under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
      or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☒    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
      bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**10.   Other transfers**

None  a.      List all other property, other than property transferred in the ordinary course of the business or financial
☐    affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
      commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
      is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|
| Richard & Brenda Stagg<br>Relationship: None | 2/28/08 | 23413 Snuff Valley, Cary, IL;<br>Proceeds $79,400.00 |

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  -  31415 - Adobe PDF

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715 - 31415 - Adobe PDF

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2008 ©1991-2008, New Hope Software, Inc., ver. 4.4.2-715  - 31415 - Adobe PDF

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Four Seasons Heating & Cooling | | Gilberts, IL | Heating & Cooling | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date     April 25, 2008 _____     Signature          /s/ Frank J. Franco _____
                                            of Debtor
                                                                FRANK J. FRANCO

Date     April 25, 2008 _____     Signature          /s/ Dawn J. Franco _____
                                            of Joint Debtor
                                                                DAWN J. FRANCO

                        _____0_____ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

In re    Frank J. Franco & Dawn J. Franco                                    ,        Case No. _____

_____Debtor_____                                                        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

[✓]  We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

[ ]  We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

[✓]  We intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1740 Kings Gate | Wells Fargo Home Mtg. | | ✓ | | |
| 1740 Kings Gate | Castle Bank | | ✓ | | ✓ |
| 56 East End-Commercial Bui... | LaSalle Bank | ✓ | | | |
| 2003 Newman/Dutch Steer m... | US Bank | ✓ | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:    April 25, 2008                                /s/ Frank J. Franco
_____            _____
                                                          Signature of Debtor            FRANK J. FRANCO

Date:    April 25, 2008                                /s/ Dawn J. Franco
_____            _____
                                                          Signature of Joint Debtor    DAWN J. FRANCO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

A Warehouse on Wheels
Post Office Box 39
Lamont, IL 60439

A+ Printing
120 Street
Rockford, IL 61104

A-1 Repair, Inc.
15 So. Water Street
Elgin, Illinois 60123

A.J. Gallagher
Two Pierce Place
Itasca, IL 60143

ABC Supply
29W581 North Ave.
West Chicago, IL 60185

Able Distributors
Attn: Danny Blier
4506 Highpoint Rd.
McHenry, IL 60050

ADP
100 Northwest Point Blvd
Elk Grove Village, IL 60007

ADT Security Services
Post Office Box 371967
Pittsburgh, PA 15250

Alberto Flores, Sr.
10463 Casselberry lane
Huntley, IL 60142

All Power Equipment Repair
Post Office Box 6294
Elgin, IL 60123

Allegra Print & Imaging
909 Davis Road
Elgin, IL 60123

Amalgamated Bank
Post Office Box 1106
Chicago, IL 60690

American Express
Customer Service
Post Office Box 7863
Ft. Lauderdale, FL 33329-7863

Anchor Towing
90 East Street
Crystal Lake, IL 60014

Answercall 24
438 W. Terra Cotta Avenue
Crystal Lake, IL 60014

AT&T
Attn: Bankruptcy Department
Post Office Box 57907
Murray, UT 84157

Barb Peters
10452 Casselberry Lane
Huntley, IL 60142

Barnett Brass
1000 Stevson Street, #101
Roselle, IL 60172

Belden Press
1082 National Pkwy
Schaumburg, IL 60173

BM Welding Service
341 Factory Rd.
Addison, IL 60101

Borhart, Spellmeyer & Co.
Attn: Steve Garrels
2205 Point Blvd., #160
Elgin, IL 60123

Boughton Trucking & Material
11746 S. Naperville-Plainfield
Plainfield, IL 60544

Brent E. Hamachek
Marks & Assoc.
4239 Terri Lyn Lane
Northbrook, IL 60062

Brock Tool Company
1475 Louis Avenue
Elk Grove Village, IL 60007

Bushnell, Inc.
3270 Eagle Way
Chicago, IL 60678

Business Card
Post Office Box 15710
Wilmington, DE 19886

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

Capitol Indemnity Corp.
c/o Phoenix Management Solutions
10000 North 31st Ave., #C-301
Phoenix, AZ 85051

Castle Bank
141 W. Lincoln Hwy
Dekalb, IL 60115

Central Furnace Supply
Attn: Tony/Mike Ruble
1100 Shore Road
Naperville, IL 60553

Chase Automotive Finance
Bankruptcy Department
900 Stewart Avenue, 4th Fl.
Garden City, NY 11530-4855

Chase Card Service
Post Office Box 15129
Wilmington, DE 19850-5129

Chicago Furnace
4929 Lincoln Ave.
Lisle, IL 60532

Chicago JM Plumbers Local 130
1340 W. Washington Blvd.
Chicago, IL 60607

Chicago Journeyman Plumbers 130
1340 W. Washington Blvd.
Chicago, IL 60607

Citizens Auto Finance
Post Office Box 42115
Providence, RI 02940-2115

CM Systems
1516 S. Brentwood Blvd., #102
St. Louis, MO 63144

CNH Capital
Dept. CH 10460
Palatine, IL 60055

Columbia Pipe & Supply
1209 Payshpere Circle
Chicago, IL 60674

ComEd
Attn.: Revenue Management
2100 Swiss Drive
Oak Brook, Illinois 60523

Connor Company
Attn: Jason Long
1015 W. Lake Street
Aurora, IL 60506

Control'd Engineering Supply Co.
299 Roosevelt Rd.
Glen Ellyn, IL 60137

Control'd Engineering Supply Co.
c/o Peregrine, Stime, et al
221 E. Illinois Street, Box 564
Wheaton, IL 60189-0564

Country Gas Co.
4010 Highway 14
Crystal Lake, IL 60014

Crawford Supply
1958 Payshpere Circle
Chicago, IL 60674

Custom Concrete Cutting
6818 Waterford Dr.
McHenry, IL 60050

Darlene Ringa
906 Woodbridge Dr.
Cary, IL 60013

Dave Paddock
1617 Jennifer Lane
McHenry, IL 60050

Discount Muffler & Brake
857 Wise Road
Schaumburg, IL 60193

Discount Tire Co.
Post Office Box 29851
Phoenix, AZ 85038

Discover Financial Services
Post Office Box 8003
Hilliard, Ohio 43026

Equipment Depot of IL
2545 Northwest Pkwy
Elgin, IL 60124

Excel Telecommunications
Post Office Box 219046
Kansas City, MO 64121-9046

Excelsior Mfg & Supply Co.
135 S. LaSalle, Dept. 1846
Chicago, IL 60674

Exxon/Mobil
Post Office Box 103031
Roswell, Georgia 30076

Fastenal Company
11915 Industrial Heights Dr.
Woodstock, IL 60098

Federal Express
Post Office Box 1140, Dept. A
Memphis, TN 38101-1140

Ferguson
4558 Collections Center Dr.
Chicago, IL 60693

FIA Card Services
Post Office Box 15726
Wilmington, DE 19886-5726

Fifth Third Bank
Cust. Ser. Dept./Mail Drop 1090G1
38 Fountain Square Plaza
Cincinnati, OH 45263

First National Bank of Marengo
11700 Route 47
Huntley, IL 60142

First Supply
Post Office Box 8124
Madison, WI 53708

Ford Motor Credit Company
1901 N. Roselle Rd, #610
Schaumburg, Illinois 60195-3184

Fort Dearborn Life Insurance
1020 31st Street
Downers Grove, IL 60515

Four Seasons & Hearing & Air
c/o James Hanrath
191 N. Wacker Dr., #1800
Chicago, IL 60606

Fox Valley Internet, Inc.
2585 Millennium Dr., #6
Elgin, IL 60124

Frank & Eleanor Franco
5307 Autumn Way
Johnsburg, IL 60050

G & S Supply
1534 W. Fletcher
Chicago, IL 60657

G.W. Berkheimer
c/o John A. Bailey
4100 Albany Street
McHenry, IL 60050

Generation X Technologies
10757 Wolf Drive
Huntley, IL 60142

Global Payments Systems
7240 Parkway Dr., #400
Hanover, MD 21076

GMAC
Post Office Box 2150
Greeley, CO 80632-2150

Grainger
Post Office Box 481246
Niles, IL 60714

Greg Bochnick
N1373 Thistle Rd.
Genoa City, WI 53128

Grundy Bank
Post Office Box 520
Morris, IL 60450

Gustave A. Larson
Post Office Box 68-3006
Milwaukee, WI 53268

Harleysville Insurance
355 Maple Avenue
Harleysville, PA 19438

Healthcare Service Corp.
Post Office Box 1186
Chicago, IL 60690

Hinckley Spring Water Company
Post Office Box 1888
Bedford Park, IL 60499-1888

Home Depot
Monogram Credit Card Bk of GA
7840 Roswell Rd., Bldg. 100, #210
Atlanta, Georgia 30350

Hunn Signs
642 E. Chicago Street
Elgin, IL 60120

Huntley Collision Center
11914 W. Main Street
Huntley, IL 60142

Hyphen Solutions
Post Office Box 849936
Dallas, TX 75284

IDM Group
541 Northgate Pkwy
Wheeling, IL 60090

IL Business Solutions
2808 Centre Drive
Downers Grove, IL 60515

Industry Advancement Fund
31855 N. US Highway 12
Volo, IL 60073

Jackson/Lewis
320 W. Ohio Street, #500
Chicago, IL 60610

Jay T. Jurcenko
872 Northshore Dr.
Crystal Lake, IL 60014

John Smarzewski
627 Ryan Lane, #3
Dundee, IL 60118

Johnson & Bell
55 E. Monroe, #4100
Chicago, IL 60603

Johnstone Supply
3358 Pyramid Dr.
Rockford, IL 61109

Joint Apprenticeship Committee Fund
31855 N. US Highway 12
Volo, IL 60073

Joseph D. Foreman & Co.
28102 W. Industrial Ave.
Barrington, IL 60010

Kane County Collector
719 S. Batavia
Geneva, IL 60134

Kennedy Productions
1208 Lisle Place
Lisle, IL 60532

Labels & Decals Inter
300 Fontier Way
Bensenville, IL 60106

LaSalle Bank
135 S. LaSalle Street
Chicago, IL 60603

LaSalle Bank
1355 LaSalle Street
Chicago, IL 60603

LaSalle Bank
1355 LaSalle Street
Chicago, Illinois 60603

LaSalle Bank
c/o Ruff, Weidenaar & Reidy
222 N. LaSalle Street, #700
Chicago, Illinois 60601

Lennox Industries, Inc.
499 Fitzgerald
Glendale Heights, IL 60139

Lennox Industries, Inc.
Post Office Box 910854
Dallas, TX 75391-0549

M & A Prescision Truck Repair
1480 Imroff Dr.
Lake in the Hills, IL 60156

M. Wagner & Son
2321 Foster
Wheeling, IL 60090

Marks & Associates
802 Woodleigh Avenue
Highland Park, IL 60035

Mary DeFrancisco
102 N. Greenfield Ave.
Crystal Lake, IL 60014

Matt Demuth's Excavating
23009 W. Milton Rd.
Mundelein, IL 60060

McCabe & Hogan
Attn:  Daniel P. Hogan
19 S. Bothwell St., #200
Palatine, IL 60067

Medinah Metals
333 E. Lake Street
Bloomgdale, IL 60108

Mike Flannigan
863 Plymouth Lane
Island Lake, IL 60042

MV Fiberglass Service
5548 S. Neva Ave.
Chicago, IL 60638

National Construction Rentals
Post Office Box 4503
Pacoima, CA 91333

National Fiberglass
Post Office Box 475
Crystal Lake, IL 60039

National Plumbing & Heating Supply
Post Office Box 475
Crystal Lake, IL 60014

New England Business Serv.
500 Main Street
Gronton, MA 01471

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

North States Steel
811 Eagle Drive
Bensenville, IL 60106

Northwest News Group
Post Office Box 250
Crystal Lake, IL 60039

Nu-Ware
205 E. Butterfield Rd.
Elmhurst, IL 60126

Nucomfort Supply, Inc.
500 Windy Point Dr.
Glendale Heights, IL 60139

Official Heating & Cooling
1401 North Drive
McHenry, IL 60050

Pipe Fitters Local 597
221 N. LaSalle Street, #3400
Chicago, Illinois 60601

Pipefitters Local 597
221 N. LaSalle Street, #3400
Chicago, IL 60601

Pitney Bowes
Post Office Box 5065
Shelton, CT 06484

Plumbers & Pipefitters Local 422
2114 I 80 S. Frontage Rd.
Joliet, IL 60436

Plumbers Access
Post Office Box 51485
Ontario, CA 91761

Plumbers Local 93
31855 N. US Hwy 12
Volo, IL 60073

Plumbers Local 93
c/o Johnson & Krol, LLC
208 S. LaSalle Street, #1602
Chicago, IL 60604

Plumbers Local Union 93
Pension Fund
31855 N. US Highway 12
Volo, IL 60073

Plumbers Local Union 93
Retirement Account Fund
31855 N. US Highway 12
Volo, IL 60073

Plumbers Local Union 93
Health & Welfare Fund
31855 N. US Highway 12
Volo, IL 60073

Plumbers-Pipefitters Local 501
1295 Butterfield Rd.
Aurora, IL 60502

Porter Pipe & Supply
35049 Eagle Way
Chicago, IL 60676

Precision Sharpening
146 Gilman Ave
Elgin, IL 60120

Pride Construction Co.
1121 W. Algonquin Rd., #8
Lake in the Hills, IL 60156

Pro-Fastening Systems, Inc.
44 E. University Dr.
Arlington Heights, IL 60004

Pro-Power
1684 Reliable Pkwy
Chicago, IL 60686

Ralph Helm
36W710 Foothill Rd.
Elgin, IL 60123

Ray Schrieber Disposal Co.
11N435 Stonecrest Ct
Elgin, IL 60123

Redi-Weld & Manufacturing
8711 Pyott Rd.
Lake in the Hills, IL 60156

Risk Mgmt Ass'n of Res. Const.
c/o David H. Levitt
222 N. LaSalle Street, #300
Chicago, IL 60601

Safeco Insurance Co.
Post Office Box 11223
Tacoma, WA 98411

Schrocks Towing, Inc.
Post Office Box 995
Dundee, IL 60118

Schulhof Company
4243 N. Honore St.
Chicago, IL 60613

Seabright Insurance co.
13038 Collective Center Dr.
Chicago, IL 60693

Shaw Gussis
321 N. Clark Stret, #800
Chicago, IL 60610

Sheet Metal Workers Local 265
205 Alexandra Way
Carol Stream, IL 60188

Sheet Metal Workers Local 73
4500 Roosevelt Rd.
Hillside, IL 60162

Sheet Metal Workers National
601 N. Fairfax Street, #500
Alexandria, VA 22314

Sid Harvey Industries
605 Locust Street
Garden City, NY 11530

Sound Billing
Post Office Box 620130
Middleton, WI 53562

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742

State Disbursement Unit
Post Office Box 5400
Carol Stream, IL 60197

Sterling Supply, Inc,.
4900 Lincoln Ave., Rte 53
Lisle, IL 60532

Temperature Equipment Corp.
17725 Bolbrecht
Lansing, IL 60438

Temperature Equipment Corp.
c/o William H. Hrabak, Jr., Attorney
835 McClintock Dr., 2nd Fl.
Burr Ridge, IL 60527

The Horton Group
10320 Orland Prkwy
Orland Park, IL 60467

TMJ Fastners
Post Office Box 361
LaFox, IL 60147

Tower Show Productions
800 Roosevelt Rd., #B,
Ste. 414
Glen Ellyn, IL 60137

United Pipe & Supply
420 N. Industrial Dr.
Bradley, IL 60915

Universal Heating & Supplies
325 W. Laura Dr.
Addison, IL 60101

US Bank
Post Office Box 790409
St. Louis, MO 63179-0409

Valley Commercial Capital
1455 Valley Road
Wayne, NJ 07470

Verizon Wireless Bankruptcy Dept.
Post Office Box 3397
Bloomington, IL 61702

Wagner Office Solutions
1595 Highpoint Dr.
Elgin, IL 60123

Wells Fargo Home Mortgage
Bankruptcy Department
3476 State View Blvd.
Fort Mill, South Carolina 29715

WM. F. Meyer
100 S. Monroe Ave., Unit C
Elgin, IL 60123

Wramsco
1925 Indiana Ave. #100
Lisle, IL 60532

York International
Post Office Box 905578
Charlotte, NC 28290

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

In re    Frank J. Franco & Dawn J. Franco _____ ,

                                   Debtor

Case No. _____

Chapter _____7_____

## VERIFICATION OF LIST OF CREDITORS

      I hereby certify under penalty of perjury that the attached List of Creditors which consists of 6 pages, is true,

correct and complete to the best of my knowledge.

Date _____April 25, 2008_____

Signature
of Debtor

_____/s/ Frank J. Franco_____

FRANK J. FRANCO

Date _____April 25, 2008_____

Signature
of Joint Debtor

_____/s/ Dawn J. Franco_____

DAWN J. FRANCO

Richard T. Jones
Jones & Hart Law Offices
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re  Frank J. Franco & Dawn J. Franco

Debtor(s)

Case No. _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................................……………………….. $ ___1,800.00___

Prior to the filing of this statement I have received .........……………………….............. $ ___1,800.00___

Balance Due ............................................……………………………...……..................... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

April 25, 2008
_____
Date

/s/ Richard T. Jones
_____
*Signature of Attorney*

Jones & Hart Law Offices
_____
*Name of law firm*