# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FRANCO, FRANK J | §   Case No. 08-10566 |
| FRANCO, DAWN J | § |
| | § |
| Debtors | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $    566,811.45 |
| *and approved disbursements of* | $    456,904.58 |
| *leaving a balance of* | $    109,906.87 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 31,589.89 | $ 1,294.91 |
| *Attorney for trustee* | Joseph R. Voiland | $ 10,413.50 | $ 46.28 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 750.00 | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $48,861.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 26P | Plumbers Local Union No. 93 UA Health and Welfare | $ 24,637.03 | $ 24,637.03 |
| 27P | Plumbers Local Union No. 93 UA Ret. Acct. Fund | $ 9,725.10 | $ 9,725.10 |
| 28P | Plumbers Local Union No. 93 UA | $ 3,139.25 | $ 3,139.25 |
| 29P | Plumbers Local Union No. 93 UA Pension Fund | $ 9,725.10 | $ 9,725.10 |
| 30P | The Industry Advancement Fund | $ 521.99 | $ 521.99 |
| 31P | Joint Apprenticeship Committee Fund of the Plumbin | $ 1,112.80 | $ 1,112.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (4/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 3,246,531.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Discover Bank/DFS Serivces LLC | $ 6,203.26 | $ 32.39 |
| 8 | Temperature Equipment Corp. | $ 835,240.01 | $ 4,359.85 |
| 9 | Chase Bank USA NA | $ 4,070.05 | $ 21.25 |
| 10 | Chase Bank USA NA | $ 27,142.37 | $ 141.68 |
| 11 | Chase Bank USA NA | $ 298.33 | $ 1.56 |
| 12 | Capitol Indemnity Corp. | $ 45,000.00 | $ 234.89 |
| 13 | Amalgamated Bank | $ 16,777.45 | $ 87.58 |
| 19 | U.S. Bank N.A. | $ 2,379.91 | $ 12.42 |
| 20 | Nucomfort Supply, Inc. | $ 110,231.83 | $ 575.40 |
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 21,878.10 | $ 114.20 |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,523.88 | $ 81.03 |
| 23 | Financial Management Services, Inc. | $ 61,437.56 | $ 320.70 |
| 24 | Fifth Third Bank | $ 5,888.16 | $ 30.74 |
| 25 | Control'd Engineering Supply Co. | $ 4,251.93 | $ 22.19 |
| 26 -2 | Plumbers Local Union No. 93 UA Health and Welfare | $ 141,639.86 | $ 739.34 |
| 27 -2 | Plumbers Local Union No. 93 UA Ret. Acct. Fund | $ 49,840.75 | $ 260.16 |
| 28S | Plumbers Local Union No. 93 UA | $ 12,882.78 | $ 67.25 |
| 28U | Plumbers Local Union No. 93 UA | $ 2,657.80 | $ 13.87 |
| 29S | Plumbers Local Union No. 93 UA Pension Fund | $ 48,740.24 | $ 254.42 |
| 29U | Plumbers Local Union No. 93 UA Pension Fund | $ 10,974.16 | $ 57.28 |
| 30S | The Industry Advancement Fund | $ 2,928.65 | $ 15.29 |
| 30U | The Industry Advancement Fund | $ 605.94 | $ 3.16 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 31S | Joint Apprenticeship Committee Fund of the Plumbin | $ 5,062.30 | $ 26.42 |
| 31U | Joint Apprenticeship Committee Fund of the Plumbin | $ 1,220.46 | $ 6.37 |
| 32 | Lori Wyatt | $ 5,000.00 | $ 26.10 |
| 33 | Bank of America | $ 1,808,656.00 | $ 9,440.96 |

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/17/2009 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  11/11/2009          By:  /s/JOSEPH R. VOILAND
                                                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton               Page 1 of 4              Date Rcvd: Nov 12, 2009
Case: 08-10566                 Form ID: pdf006             Total Noticed: 200

The following entities were noticed by first class mail on Nov 14, 2009.
db/jdb        +Frank J Franco,   Dawn J Franco,   1740 Kings Gate Lane,   Crystal Lake, IL 60014-2994
aty           +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr            +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
12184220      +A Warehouse on Wheels,   Post Office Box 39,   Lamont, IL 60439-0039
12184221      +A+ Printing,   920 Second Avenue,   Rockford, IL 61104-2113
12184222      +A-1 Repair, Inc.,   45 S. Maple Street,   Elgin, Illinois 60123-5850
12184223      +A.J. Gallagher,   Two Pierce Place,   Itasca, IL 60143-1203
12184226      +ADP,   100 Northwest Point Blvd,   Elk Grove Village, IL 60007-1018
12184227      +ADT Security Services,   Post Office Box 371967,   Pittsburgh, PA 15250-7967
12184235       AT&T,   Attn: Bankruptcy Department,   Post Office Box 57907,   Murray, UT 84157
12184225      +Able Distributors,   Attn: Danny Blier,   4506 Highpoint Rd.,   McHenry, IL 60050-8389
12733226      +Alan gabbay,   2501 North Way Ave,   Chicago, IL 60614-2055
12184228      +Alberto Flores, Sr.,   10463 Casselberry lane,   Huntley, IL 60142-9001
12184229      +All Power Equipment Repair,   Post Office Box 6294,   Elgin, IL 60121-6294
12184230      +Allegra Print & Imaging,   909 Davis Road,   Elgin, IL 60123-1311
12184231      +Amalgamated Bank,   Post Office Box 1106,   Chicago, IL 60690-1106
12184232       American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
12184233      +Anchor Towing,   90 East Street,   Crystal Lake, IL 60014-4401
12184234      +Answercall 24,   438 W. Terra Cotta Avenue,   Crystal Lake, IL 60014-3435
12184239      +BM Welding Service,   341 Factory Rd.,   Addison, IL 60101-5003
12325030      +BOT of the Joint Apprenticeship Committee Fund of,   c/o Johnson & Krol, LLC,
                208 S. LaSalle St., Suite 1602,   Chicago, IL 60604-1186
12324950      +BOT of the Plumbers Local 93 UA Health & Welfare F,   c/o Johnson & Krol, LLC,
                208 S. LaSalle St., Suite 1602,   Chicago, IL 60604-1186
12324952      +BOT of the Plumbers Local 93 UA Pension Fund,   c/o Johnson & Krol, LLC,
                208 S. LaSalle St., Suite 1602,   Chicago, IL 60604-1186
12324954      +BOT of the Plumbers Local 93 UA Retirement Acct.,   c/o Johnson & Krol, LLC,
                208 S. LaSalle St., Suite 1602,   Chicago, IL 60604-1186
12324994      +BOT of the Plumbers Local Union No. 93 UA,   c/o Johnson & Krol, LLC,
                208 S. LaSalle St., Suite 1602,   Chicago, IL 60604-1186
13684780      +Bank of America,   c/o Edward P. Freud, Esq,   222 N. LaSalle Street,   Suite 700,
                Chicago, IL 60601-1024
12184236      +Barb Peters,   10452 Casselberry Lane,   Huntley, IL 60142-9001
12184237      +Barnett Brass,   1000 Stevson Street, #101,   Roselle, IL 60172-4314
12184238      +Belden Press,   1082 National Pkwy,   Schaumburg, IL 60173-4519
12184240      +Borhart, Spellmeyer & Co.,   Attn: Steve Garrels,   2205 Point Blvd., #160,
                Elgin, IL 60123-7840
12184241      +Boughton Trucking & Material,   11746 S. Naperville-Plainfield,   Plainfield, IL 60585-9490
12184242      +Brent E. Hamachek,   Marks & Assoc.,   4239 Terri Lyn Lane,   Northbrook, IL 60062-4940
12184243      +Brock Tool Company,   1475 Louis Avenue,   Elk Grove Village, IL 60007-2393
12184244      +Bushnell, Inc.,   3270 Eagle Way,   Chicago, IL 60678-0001
12184245      +Business Card,   Post Office Box 15710,   Wilmington, DE 19886-5710
12184256      +CM Systems,   1516 S. Brentwood Blvd., #102,   St. Louis, MO 63144-1400
12184257      +CNH Capital,   Dept. CH 10460,   Palatine, IL 60055-0001
12184246       Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
12184247      +Capitol Indemnity Corp.,   c/o Phoenix Management Solutions,   10000 North 31st Ave., #C-301,
                Phoenix, AZ 85051-9569
12184248      +Castle Bank,   141 W. Lincoln Hwy,   Dekalb, IL 60115-3699
12184249      +Central Furnace Supply,   Attn: Tony/Mike Ruble,   1100 Shore Road,   Naperville, IL 60563-8759
13032355       Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12184251       Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
12184252      +Chicago Furnace,   4929 Lincoln Ave.,   Lisle, IL 60532-2156
12184253      +Chicago JM Plumbers Local 130,   1340 W. Washington Blvd.,   Chicago, IL 60607-1988
12184254      +Chicago Journeyman Plumbers 130,   1340 W. Washington Blvd.,   Chicago, IL 60607-1980
12184255       Citizens Auto Finance,   Post Office Box 42115,   Providence, RI 02940-2115
12184258      +Columbia Pipe & Supply,   1209 Payshpere Circle,   Chicago, IL 60674-0012
12184259       ComEd,   Attn.: Revenue Management,   2100 Swiss Drive,   Oak Brook, Illinois 60523
12184260      +Connor Company,   Attn: Jason Long,   1015 W. Lake Street,   Aurora, IL 60506-5886
12184261      +Control’d Engineering Supply Co.,   299 Roosevelt Rd.,   Glen Ellyn, IL 60137-5689
12184262      +Control’d Engineering Supply Co.,   c/o Peregrine, Stime, et al,
                221 E. Illinois Street, Box 564,   Wheaton, IL 60187-5409
12184263      +Country Gas Co.,   4010 Highway 14,   Crystal Lake, IL 60014-8299
12184264      +Crawford Supply,   1958 Payspere Circle,   Chicago, IL 60674-0019
12184265      +Custom Concrete Cutting,   6818 Waterford Dr.,   McHenry, IL 60050-8047
12184266      +Darlene Ringa,   906 Woodbridge Dr.,   Cary, IL 60013-2499
12184267      +Dave Paddock,   1617 Jennifer Lane,   McHenry, IL 60050-3945
12184268      +Discount Muffler & Brake,   857 Wise Road,   Schaumburg, IL 60193-3819
12184269      +Discount Tire Co.,   Post Office Box 29851,   Phoenix, AZ 85038-9851
12733225      +Don Amell,   C/O Freedman Anselmo,   1807 West Diehl,   Naperville, IL 60563-1890
12184271      +Equipment Depot of IL,   2545 Northwest Pkwy,   Elgin, IL 60124-7870
12184272       Excel Telecommunications,   Post Office Box 219046,   Kansas City, MO 64121-9046
12184273      +Excelsior Mfg & Supply Co.,   135 S. LaSalle, Dept. 1846,   Chicago, IL 60674-0001
12184274       Exxon/Mobil,   Post Office Box 103031,   Roswell, Georgia 30076
13524175       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK  73124-8809
12184278       FIA Card Services,   Post Office Box 15726,   Wilmington, DE 19886-5726
12184279     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   Cust. Ser. Dept./Mail Drop 1090G1,
                38 Fountain Square Plaza,   Cincinnati, OH 45263)
12184275      +Fastenal Company,   11915 Industrial Heights Dr.,   Woodstock, IL 60098-7690
12184276       Federal Express,   Post Office Box 1140, Dept. A,   Memphis, TN 38101-1140
```

```
District/off: 0752-1          User: sburton               Page 2 of 4                   Date Rcvd: Nov 12, 2009
Case: 08-10566                Form ID: pdf006             Total Noticed: 200

12184277      +Ferguson,    4558 Collections Center Dr.,    Chicago, IL 60693-0045
13609849      +Fifth Third Bank,    Attn: Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
                Grand Rapids MI 49546-8803
12478923      +Financial Management Services Inc,    % Grochocinski Grochocinski & Lloyd Ltd,
                1900 Ravinia Place,    Orland Park, IL 60462-3760
12390624      +Financial Management Services, Inc.,    1001 Warrenville Road Suite 210,    Lisle, IL 60532-1393
12184280      +First National Bank of Marengo,    11700 Route 47,    Huntley, IL 60142-9613
12184281      +First Supply,    Post Office Box 8124,    Madison, WI 53708-8124
12184282       Ford Motor Credit Company,    1901 N. Roselle Rd, #610,    Schaumburg, Illinois 60195-3184
12184283      +Fort Dearborn Life Insurance,    1020 31st Street,    Downers Grove, IL 60515-5501
12184284      +Four Seasons & Hearing & Air,    c/o James Hanrath,    191 N. Wacker Dr., #1800,
                Chicago, IL 60606-1631
12184285      +Fox Valley Internet, Inc.,    2585 Millennium Dr., #6,    Elgin, IL 60124-7822
12184286      +Frank & Eleanor Franco,    5307 Autumn Way,    Johnsburg, IL 60051-8428
12646448      +G & S SUPPLY,    C/O TALAN & KTSANES,    300 W ADAMS - SUITE 840,    CHICAGO IL 60606-5109
12184287      +G & S Supply,    35340 Eagle Way,    Chicago, IL 60678-0001
12184288      +G.W. Berkheimer,    Attn: John Bailey,    4100 Albany Street,    McHenry, IL 60050-8301
12184291       GMAC,    Post Office Box 2150,    Greeley, CO 80632-2150
12289859      +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
12184289      +Generation X Technologies,    10757 Wolf Drive,    Huntley, IL 60142-7002
12184290      +Global Payments Systems,    7240 Parkway Dr., #400,    Hanover, MD 21076-1378
12184293      +Grainger,    Post Office Box 481246,    Niles, IL 60714-6246
12733223      +Great American Insurance,    580 Walnut Street,    Cincinnati, OH 45202-3180
12184294      +Greg Bochnick,    N1373 Thistle Rd.,    Genoa City, WI 53128-1430
12184295      +Grundy Bank,    Post Office Box 520,    Morris, IL 60450-0520
12184296      +Gustave A. Larson,    Post Office Box 68-3006,    Milwaukee, WI 53268-0001
12184297      +Harleysville Insurance,    355 Maple Avenue,    Harleysville, PA 19438-2297
12184298      +Healthcare Service Corp.,    Post Office Box 1186,    Chicago, IL 60690-1186
12184299       Hinckley Spring Water Company,    Post Office Box 1888,    Bedford Park, IL 60499-1888
12184301      +Hunn Signs,    642 E. Chicago Street,    Elgin, IL 60120-6103
12184302      +Huntley Collision Center,    11914 W. Main Street,    Huntley, IL 60142-9703
12184303      +Hyphen Solutions,    Post Office Box 849936,    Dallas, TX 75284-9936
12184304      +IDM Group,    541 Northgate Pkwy,    Wheeling, IL 60090-2663
12184305      +IL Business Solutions,    2808 Centre Drive,    Downers Grove, IL 60515-1772
12184306      +Industry Advancement Fund,    31855 N. US Highway 12,    Volo, IL 60073-9796
12184307      +Jackson/Lewis,    320 W. Ohio Street, #500,    Chicago, IL 60654-6567
12184308      +Jay T. Jurcenko,    872 Northshore Dr.,    Crystal Lake, IL 60014-5242
12184309      +John Smarzewski,    627 Ryan Lane, #3,    Dundee, IL 60118-2863
12184310      +Johnson & Bell,    55 E. Monroe, #4100,    Chicago, IL 60603-5803
12184311      +Johnstone Supply,    3358 Pyramid Dr.,    Rockford, IL 61109-2794
12184312      +Joint Apprenticeship Committee Fund,    31855 N. US Highway 12,    Volo, IL 60073-9796
13673971      +Joint Apprenticeship Committee Fund of the Plumbin,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
12184313      +Joseph D. Foreman & Co.,    28102 W. Industrial Ave.,    Barrington, IL 60010-2450
12184314      +Kane County Collector,    719 S. Batavia,    Geneva, IL 60134-3099
12184315      +Kennedy Productions,    1208 Lisle Place,    Lisle, IL 60532-2262
12184317      +LaSalle Bank,    135 S. LaSalle Street,    Chicago, IL 60603-4489
12184318      +LaSalle Bank,    1355 LaSalle Street,    Chicago, IL 60610-1935
12184319      +LaSalle Bank,    1355 LaSalle Street,    Chicago, Illinois 60610-1935
12184320      +LaSalle Bank,    c/o Ruff, Weidenaar & Reidy,    222 N. LaSalle Street, #700,
                Chicago, Illinois 60601-1024
12184316      +Labels & Decals Inter,    300 Fontier Way,    Bensenville, IL 60106-1178
12184322       Lennox Industries, Inc.,    Post Office Box 910549,    Dallas, TX 75391-0549
12184321      +Lennox Industries, Inc.,    699 Regency Drive,    Glendale Heights, IL 60139-4020
12733224      +Lifetime Fitness,    2902 Corporate Place,    Chanhassen, MN 55317-4773
12957205      +Lori Wyatt,    C/O David R Missimer,    8600 US Highway 14 #201,    Crystal Lake, IL 60012-2700
12184323      +M & A Prescision Truck Repair,    1480 Imroff Dr.,    Lake in the Hills, IL 60156-1504
12184324      +M. Wagner & Son,    2321 Foster,    Wheeling, IL 60090-6510
12184331      +MV Fiberglass Service,    5548 S. Neva Ave.,    Chicago, IL 60638-2222
12184325      +Marks & Associates,    802 Woodleigh Avenue,    Highland Park, IL 60035-1339
12184326      +Mary DeFrancisco,    102 N. Greenfield Ave.,    Crystal Lake, IL 60014-5230
12184327      +Matt Demuth’s Excavating,    23009 W. Milton Rd.,    Mundelein, IL 60060-9594
12184328      +McCabe & Hogan,    Attn: Daniel P. Hogan,    19 S. Bothwell St., #200,    Palatine, IL 60067-6100
12184329      +Medinah Metals,    333 E. Lake Street,    Bloomgdale, IL 60108-1196
12184330      +Mike Flannigan,    863 Plymouth Lane,    Island Lake, IL 60042-9772
12184332       National Construction Rentals,    Post Office Box 4503,    Pacoima, CA 91333-4503
12184333      +National Fiberglass,    Post Office Box 475,    Crystal Lake, IL 60039-0475
12184334      +National Plumbing & Heating Supply,    Post Office Box 475,    Crystal Lake, IL 60039-0475
12184335      +New England Business Serv.,    500 Main Street,    Gronton, MA 01471-0001
12184337      +North States Steel,    811 Eagle Drive,    Bensenville, IL 60106-1946
12184338      +Northwest News Group,    Post Office Box 250,    Crystal Lake, IL 60039-0250
12184339      +Nu-Ware,    205 E. Butterfield Rd.,    Elmhurst, IL 60126-5103
12184340      +Nucomfort Supply, Inc.,    David E Grochoicinski,    Grochocinski Grochocinski & Lloyd Ltd,
                1900 Ravinia Place,    Orland Park, IL 60462-3760
12184341      +Official Heating & Cooling,    1401 North Drive,    McHenry, IL 60050-4331
12184342      +Pipe Fitters Local 597,    221 N. LaSalle Street, #3400,    Chicago, Illinois 60601-1510
12184343      +Pipefitters Local 597,    221 N. LaSalle Street, #3400,    Chicago, IL 60601-1510
12184345      +Plumbers & Pipefitters Local 422,    2114 I 80 S. Frontage Rd.,    Joliet, IL 60436-8300
12184346      +Plumbers Access,    Post Office Box 51485,    Ontario, CA 91761-0085
12184347      +Plumbers Local 93,    31855 N. US Hwy 12,    Volo, IL 60073-9796
12184348      +Plumbers Local 93,    c/o Johnson & Krol, LLC,    208 S. LaSalle Street, #1602,
                Chicago, IL 60604-1186
12184351      +Plumbers Local Union 93,    Health & Welfare Fund,    31855 N. US Highway 12,    Volo, IL 60073-9796
12184349      +Plumbers Local Union 93,    Pension Fund,    31855 N. US Highway 12,    Volo, IL 60073-9796
```

```
District/off: 0752-1           User: sburton              Page 3 of 4                   Date Rcvd: Nov 12, 2009
Case: 08-10566                 Form ID: pdf006            Total Noticed: 200

12184350     +Plumbers Local Union 93,    Retirment Account Fund,    31855 N. US Highway 12,
               Volo, IL 60073-9796
13673940     +Plumbers Local Union No. 93 UA,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
               Chicago, IL 60606-6601
13673903     +Plumbers Local Union No. 93 UA Health and Welfare,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
13673904     +Plumbers Local Union No. 93 UA Pension Fund,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
13673905     +Plumbers Local Union No. 93 UA Ret. Acct. Fund,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
12184352     +Plumbers-Pipefitters Local 501,    1295 Butterfield Rd.,    Aurora, IL 60502-8879
12184353      Porter Pipe & Supply,    35049 Eagle Way,    Chicago, IL 60676
12184354     +Precision Sharpening,    546 Cookkane Avenue,    Elgin, IL 60120-7905
12184355     +Pride Construction Co.,    1119 W. Algonquin Rd.,    Lake in the Hills, IL 60156-3560
12184356     +Pro-Fastening Systems, Inc.,    44 E. University Dr.,    Arlington Heights, IL 60004-1802
12184357     +Pro-Power,    1684 Reliable Pkwy,    Chicago, IL 60686-0001
12184358     +Ralph Helm,    36W710 Foothill Rd.,    Elgin, IL 60123-5867
12184359     +Ray Schrieber Disposal Co.,    11N435 Stonecrest Ct,    Elgin, IL 60124-8160
12184360     +Redi-Weld & Manufacturing,    8711 Pyott Rd.,    Lake in the Hills, IL 60156-9722
12184361     +Risk Mgmt Ass'n of Res. Const.,    c/o David H. Levitt,    222 N. LaSalle Street, #300,
               Chicago, IL 60601-1013
12184362     +Safeco Insurance Co.,    Post Office Box 11223,    Tacoma, WA 98411-0223
12184363     +Schrocks Towing, Inc.,    Post Office Box 995,    Dundee, IL 60118-0995
12184365     +Seabright Insurance co.,    13038 Collective Center Dr.,    Chicago, IL 60693-0130
12184366     +Shaw Gussis,    321 N. Clark Stret, #800,    Chicago, IL 60654-4766
12184367     +Sheet Metal Workers Local 265,    205 Alexandra Way,    Carol Stream, IL 60188-2080
12184368     +Sheet Metal Workers Local 73,    4500 Roosevelt Rd.,    Hillside, IL 60162-2053
12184369     +Sheet Metal Workers National,    601 N. Fairfax Street, #500,    Alexandria, VA 22314-2065
12184370     +Sid Harvey Industries,    605 Locust Street,    Garden City, NY 11530-6531
12184371     +Sound Billing,    Post Office Box 620130,    Middleton, WI 53562-0130
12184372     +Sprint PCS,    Customer Care,    Post Office Box 8077,    London, KY 40742-8077
12184373     +State Disbursement Unit,    Post Office Box 5400,    Carol Stream, IL 60197-5400
12184374     +Sterling Supply, Inc,.,    4900 Lincoln Ave., Rte 53,    Lisle, IL 60532-2197
12184378     +TMJ Fastners,    Post Office Box 361,    LaFox, IL 60147-0361
12184375     +Temperature Equipment Corp.,    17725 Bolbrecht,    Lansing, IL 60438-4539
12184376     +Temperature Equipment Corp.,    c/o William H. Hrabak, Jr., Attorney,
               835 McClintock Dr., 2nd Fl.,    Burr Ridge, IL 60527-0859
12184377     +The Horton Group,    10320 Orland Prkwy,    Orland Park, IL 60467-5658
12325032     +The Industry Advancement Fund,    c/o Johnson & Krol, LLC,    208 S. LaSalle St., Suite 1602,
               Chicago, IL 60604-1186
13673951     +The Industry Advancement Fund,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
               Chicago, IL 60606-6601
12184379     +Tower Show Productions,    800 Roosevelt Rd., #B,,    Ste. 414,    Glen Ellyn, IL 60137-5839
13487236    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
12184382    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,     Post Office Box 790409,    St. Louis, MO 63179-0409)
12184380     +United Pipe & Supply,    420 N. Industrial Dr.,    Bradley, IL 60915-1256
12184381     +Universal Heating & Supplies,    325 W. Laura Dr.,    Addison, IL 60101-5015
12184383     +Valley Commerical Capital,    Valley National Bank,    Attn: Special Assets Department,
               1455 Valley Road,    Wayne, NJ 07470-8448
12184384     +Verizon Wireless Bankruptcy Dept.,    Post Office Box 3397,    Bloomington, IL 61702-3397
12184387     +WM. F. Meyer,    300 S. McLean Blvd., Unit Q,    Elgin, IL 60123-1023
12184385     +Wagner Office Solutions,    1595 Highpoint Dr.,    Elgin, IL 60123-9303
12184386     +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 State View Blvd.,
               Fort Mill, South Carolina 29715-7203
12184388     +Wramsco,    4925 Indiana Ave., #100,    Lisle, IL 60532-1611
12184389     +York International,    Post Office Box 905578,    Charlotte, NC 28290-5578

The following entities were noticed by electronic transmission on Nov 12, 2009.
12184224     +E-mail/PDF: gecsedi@recoverycorp.com Nov 12 2009 22:55:37     ABC Supply,    29W581 North Ave.,
               West Chicago, IL 60185-1356
12184250      Fax: 602-221-4614 Nov 13 2009 00:47:33     Chase Automotive Finance,    Bankruptcy Department,
               900 Stewart Avenue, 4th Fl.,    Garden City, NY 11530-4855
12184270      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 12 2009 22:59:58     Discover Financial Services,
               Post Office Box 8003,    Hilliard, Ohio 43026
13020497      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 12 2009 22:59:58
               Discover Bank/DFS Serivces LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
12184300     +E-mail/PDF: gecsedi@recoverycorp.com Nov 12 2009 22:55:38     Home Depot,
               Monogram Credit Card Bk of GA,    7840 Roswell Rd., Bldg. 100, #210,
               Atlanta, Georgia 30350-6877
12184336      E-mail/Text: bankrup@nicor.com                            Nicor,    Post Office Box 2020,
               Aurora, Illinois 60507-2020
12184344     +E-mail/Text: bankruptcy@pb.com                            Pitney Bowes,    Post Office Box 5065,
               Shelton, CT 06484-7165
12184364     +E-mail/Text: pmangi@aol.com                            Schulhof Company,    4243 N. Honore St.,
               Chicago, IL 60613-1080
                                                                                               TOTAL: 8
```

```
District/off: 0752-1           User: sburton              Page 4 of 4               Date Rcvd: Nov 12, 2009
Case: 08-10566                 Form ID: pdf006            Total Noticed: 200

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12184292*        GMAC,    Post Office Box 2150,    Greeley, CO 80632-2150
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2009**                    **Signature:** *Joseph Speetjens*