# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FRANCO, FRANK J | § Case No. 08-10566 |
| FRANCO, DAWN J | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $553,445.00 | Assets Exempt: $104,445.00 |
| Total Distribution to Claimants: $455,819.16 | Claims Discharged Without Payment: $3,229,573.89 |
| Total Expenses of Administration: $110,999.16 | |

3) Total gross receipts of $ 566,818.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $566,818.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $744,664.14 | $390,000.00 | $390,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 99,789.38 | 110,999.16 | 110,999.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 50,106.51 | 48,861.27 | 48,861.27 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 4,284,503.44 | 3,246,531.78 | 16,957.89 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,179,063.47 | $3,796,392.21 | $566,818.32 |

   4)  This case was originally filed under Chapter 7 on April 28, 2008.
. The case was pending for 27 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2010          By: /s/JOSEPH R. VOILAND
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| settlement proceeds | 1241-000 | 1,750.00 |
| 56 East End, Gilberts, IL | 1110-000 | 510,000.00 |
| adv proc - turnover of assets | 1229-000 | 55,000.00 |
| Interest Income | 1270-000 | 68.32 |
| **TOTAL GROSS RECEIPTS** | | **$566,818.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | 4210-000 | N/A | 1,852.64 | 0.00 | 0.00 |
| GMAC | 4210-000 | N/A | 1,493.36 | 0.00 | 0.00 |
| Castle Bank | 4110-000 | N/A | 239,109.04 | 0.00 | 0.00 |
| Valley Commerical Capital | 4220-000 | N/A | 8,799.02 | 0.00 | 0.00 |
| United Pipe & Supply | 4210-000 | N/A | 38,557.18 | 0.00 | 0.00 |
| Central Furnace Supply | 4210-000 | N/A | 64,852.90 | 0.00 | 0.00 |
| Bank of America | 4110-000 | N/A | 375,000.00 | 375,000.00 | 375,000.00 |
| FRANK G. FRANCO and ELEANOR E. FRANCO | 4110-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $744,664.14 | $390,000.00 | $390,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 31,589.89 | 31,589.89 | 31,589.89 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 1,294.91 | 1,294.91 | 1,294.91 |
| U.S. Bankruptcy Court ND, ILL | 2700-000 | N/A | 0.00 | 750.00 | 750.00 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 10,413.50 | 10,413.50 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 46.28 | 46.28 |
| Ticor Title Insurance | 3510-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Ticor Title Insurance | 2500-000 | N/A | 14,000.00 | 14,000.00 | 14,000.00 |
| Ticor Title Insurance | 2820-000 | N/A | 11,071.88 | 11,071.88 | 11,071.88 |
| Ticor Title Insurance | 2500-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Realle Realty, Inc. | 2420-000 | N/A | 1,832.70 | 1,832.70 | 1,832.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 99,789.38 | 110,999.16 | 110,999.16 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mary DeFrancisco | 5800-000 | N/A | 1,245.24 | 0.00 | 0.00 |
| Plumbers Local Union No. 93 UA Health and Welfare | 5400-000 | N/A | 24,637.03 | 24,637.03 | 24,637.03 |
| Plumbers Local Union No. 93 UA Ret. Acct. Fund | 5400-000 | N/A | 9,725.10 | 9,725.10 | 9,725.10 |
| Plumbers Local Union No. 93 UA | 5400-000 | N/A | 3,139.25 | 3,139.25 | 3,139.25 |
| Plumbers Local Union No. 93 UA Pension Fund | 5400-000 | N/A | 9,725.10 | 9,725.10 | 9,725.10 |
| The Industry Advancement Fund | 5400-000 | N/A | 521.99 | 521.99 | 521.99 |
| Joint Apprenticeship Committee Fund of the Plumbin | 5400-000 | N/A | 1,112.80 | 1,112.80 | 1,112.80 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 50,106.51 | 48,861.27 | 48,861.27 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capitol Indemnity Corp. | 7100-000 | N/A | 45,000.00 | 0.00 | 0.00 |
| Financial Management Services, Inc. | 7100-000 | N/A | 60,787.56 | 0.00 | 0.00 |
| G & S SUPPLY | 7100-000 | N/A | 2,689.64 | 0.00 | 0.00 |
| TMJ Fastners | 7100-000 | N/A | 2,708.87 | 0.00 | 0.00 |
| Discover Bank/DFS Serivces LLC | 7100-000 | N/A | 6,203.26 | 6,203.26 | 32.41 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---:|
| Temperature Equipment Corp. | 7100-000 | N/A | 835,240.01 | 835,240.01 | 4,362.78 |
| Chase Bank USA NA | 7100-000 | N/A | 4,070.05 | 4,070.05 | 21.26 |
| Chase Bank USA NA | 7100-000 | N/A | 27,142.37 | 27,142.37 | 141.77 |
| Chase Bank USA NA | 7100-000 | N/A | 298.33 | 298.33 | 1.56 |
| Capitol Indemnity Corp. | 7100-000 | N/A | 45,000.00 | 45,000.00 | 235.05 |
| Amalgamated Bank | 7100-000 | N/A | 16,777.45 | 16,777.45 | 87.64 |
| M. Wagner & Son | 7100-000 | N/A | 10,630.55 | 0.00 | 0.00 |
| Official Heating & Cooling | 7100-000 | N/A | 395,396.21 | 0.00 | 0.00 |
| Official Heating & Cooling | 7100-000 | N/A | 395,396.21 | 0.00 | 0.00 |
| U.S. Bank N.A. | 7100-000 | N/A | 2,379.91 | 2,379.91 | 12.43 |
| Nucomfort Supply, Inc. | 7100-000 | N/A | 110,231.83 | 110,231.83 | 575.78 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 21,878.10 | 21,878.10 | 114.28 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 15,523.88 | 15,523.88 | 81.09 |
| Financial Management Services, Inc. | 7100-000 | N/A | 61,437.56 | 61,437.56 | 320.91 |
| Fifth Third Bank | 7100-000 | N/A | 5,888.16 | 5,888.16 | 30.76 |
| Control'd Engineering Supply Co. | 7100-000 | N/A | 4,251.93 | 4,251.93 | 22.21 |
| Plumbers Local Union No. 93 UA Health and Welfare | 7100-000 | N/A | 141,639.86 | 141,639.86 | 739.84 |
| Plumbers Local Union No. 93 UA Ret. Acct. Fund | 7100-000 | N/A | 49,840.75 | 49,840.75 | 260.34 |
| Plumbers Local Union No. 93 UA | 7100-000 | N/A | 12,882.78 | 12,882.78 | 67.29 |
| Plumbers Local Union No. 93 UA | 7100-000 | N/A | 2,657.80 | 2,657.80 | 13.88 |
| Plumbers Local Union No. 93 UA Pension Fund | 7100-000 | N/A | 48,740.24 | 48,740.24 | 254.59 |
| Plumbers Local Union No. 93 UA Pension Fund | 7100-000 | N/A | 10,974.16 | 10,974.16 | 57.32 |
| The Industry Advancement Fund | 7100-000 | N/A | 2,928.65 | 2,928.65 | 15.30 |
| The Industry Advancement Fund | 7100-000 | N/A | 605.94 | 605.94 | 3.17 |
| Joint Apprenticeship Committee Fund of the Plumbin | 7100-000 | N/A | 5,062.30 | 5,062.30 | 26.44 |
| Joint Apprenticeship Committee Fund of the Plumbin | 7100-000 | N/A | 1,220.46 | 1,220.46 | 6.37 |
| Lori Wyatt | 7100-000 | N/A | 5,000.00 | 5,000.00 | 26.12 |
| Bank of America | 7100-000 | N/A | 1,808,656.00 | 1,808,656.00 | 9,447.30 |
| United Pipe & Supply | 7100-000 | N/A | 125,362.62 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,284,503.44 | 3,246,531.78 | 16,957.89 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-10566  
**Case Name:** FRANCO, FRANK J  
FRANCO, DAWN J  
**Period Ending:** 08/14/10

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 04/28/08 (f)  
**§341(a) Meeting Date:** 06/02/08  
**Claims Bar Date:** 03/24/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | real estate - 1740 Kingsgate, Crystal Lake, IL | 399,000.00 | 4,189.00 | DA | 0.00 | FA |
| 2 | 56 East End, Gilberts, IL | 500,000.00 | 335,000.00 | | 510,000.00 | FA |
| 3 | checking acct. - Citibank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | savings acct. - Harris Bank | 650.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 1,730.00 | 0.00 | DA | 0.00 | FA |
| 6 | misc. books and pictures | 15.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | pension | 63,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 100% interest in 4 Seasons Heating and Cooling | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Newman/Dutch Motorhome | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Chevrolet Silverado | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Honda dirtbike | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | computer | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | equipment and tools | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | adv proc - turnover of assets  (u) | Unknown | 55,000.00 | | 55,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 68.32 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $1,053,445.00 | $394,189.00 | | $565,068.32 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 15, 2009            **Current Projected Date Of Final Report (TFR):**    November 11, 2009  (Actual)

Printed: 08/14/2010 10:03 AM    V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-10566  
**Case Name:** FRANCO, FRANK J  
                FRANCO, DAWN J  
**Taxpayer ID #:** **-***9719  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****26-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/17/08 | {2} | Joan L. Ness | earnest money deposit for 56 E. End, Gilberts, IL | | 1110-000 | 10,000.00 | | 10,000.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 10,000.13 |
| 01/10/09 | | Ticor Title Insurance | proceeds from sale of 56 East End, Gilberts, IL | | | 434,928.12 | | 444,928.25 |
| | {2} | | gross proceeds of sale | 500,000.00 | 1110-000 | | | 444,928.25 |
| | | | brokers' fees | -30,000.00 | 3510-000 | | | 444,928.25 |
| | | | title fees, cleanup costs, etc. | -14,000.00 | 2500-000 | | | 444,928.25 |
| | | | real estate taxes | -11,071.88 | 2820-000 | | | 444,928.25 |
| | | | credit for earnest money deposit | -10,000.00 | 2500-000 | | | 444,928.25 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 11.05 | | 444,939.30 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 16.94 | | 444,956.24 |
| 03/03/09 | 1001 | Bank of America | payment for settlement of secured lien per Court order of 2/19/2009 | | 4110-000 | | 375,000.00 | 69,956.24 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 9.16 | | 69,965.40 |
| 04/16/09 | 1002 | FRANK G. FRANCO and ELEANOR E. FRANCO | lien payment per order of court entered 4/16/2009 | | 4110-000 | | 15,000.00 | 54,965.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.81 | | 54,968.21 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.16 | | 54,970.37 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.39 | | 54,972.76 |
| 07/19/09 | {16} | Harris / Darlene Ringa | settlement proceeds | | 1229-000 | 55,000.00 | | 109,972.76 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.06 | | 109,975.82 |
| 08/07/09 | | Shaw Gussis Fishman Glantz et. al. | settlement proceeds | | 1241-000 | 1,750.00 | | 111,725.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.68 | | 111,730.50 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.55 | | 111,735.05 |
| 10/14/09 | 1003 | Realle Realty, Inc. | reimbursement for winterization, relocking, cleanup, etc. | | 2420-000 | | 1,832.70 | 109,902.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.52 | | 109,906.87 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 4.63 | | 109,911.50 |
| 12/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 2.24 | | 109,913.74 |
| 12/16/09 | | To Account #********2666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | | 9999-000 | | 109,913.74 | 0.00 |

Subtotals :   $501,746.44   $501,746.44

{} Asset reference(s)  
Printed: 08/14/2010 10:03 AM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-10566 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | FRANCO, FRANK J | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | FRANCO, DAWN J | | **Account:** | ***-*****26-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9719 | | **Blanket Bond:** | $50,000,000.00 (per case limit) |
| **Period Ending:** | 08/14/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 501,746.44 | 501,746.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 109,913.74 | |
| | | | **Subtotal** | | 501,746.44 | 391,832.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$501,746.44** | **$391,832.70** | |

{} Asset reference(s)

Printed: 08/14/2010 10:03 AM    V.12.08

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-10566 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | FRANCO, FRANK J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FRANCO, DAWN J | | Account: | ***-*****26-66 - Checking Account |
| Taxpayer ID #: | **-***9719 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 08/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/09 | | From Account #********2665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 109,913.74 | | 109,913.74 |
| 12/18/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,294.91, Trustee Expenses;  Reference: | 2200-000 | | 1,294.91 | 108,618.83 |
| 12/18/09 | 102 | Joseph R. Voiland | Dividend paid 100.00% on $10,413.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,413.50 | 98,205.33 |
| 12/18/09 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $46.28, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 46.28 | 98,159.05 |
| 12/18/09 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $31,589.89, Trustee Compensation;  Reference: | 2100-000 | | 31,589.89 | 66,569.16 |
| 12/18/09 | 105 | U.S. Bankruptcy Court ND, ILL | Dividend paid 100.00% on $750.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 750.00 | 65,819.16 |
| 12/18/09 | 106 | Plumbers Local Union No. 93 UA Health and Welfare | Dividend paid 100.00% on $24,637.03; Claim# 26P; Final distribution | 5400-000 | | 24,637.03 | 41,182.13 |
| 12/18/09 | 107 | Plumbers Local Union No. 93 UA Ret. Acct. Fund | Dividend paid 100.00% on $9,725.10; Claim# 27P; Final distribution | 5400-000 | | 9,725.10 | 31,457.03 |
| 12/18/09 | 108 | Plumbers Local Union No. 93 UA | Dividend paid 100.00% on $3,139.25; Claim# 28P; Final distribution | 5400-000 | | 3,139.25 | 28,317.78 |
| 12/18/09 | 109 | Plumbers Local Union No. 93 UA Pension Fund | Dividend paid 100.00% on $9,725.10; Claim# 29P; Final distribution | 5400-000 | | 9,725.10 | 18,592.68 |
| 12/18/09 | 110 | The Industry Advancement Fund | Dividend paid 100.00% on $521.99; Claim# 30P; Final distribution | 5400-000 | | 521.99 | 18,070.69 |
| 12/18/09 | 111 | Joint Apprenticeship Committee Fund of the Plumbin | Dividend paid 100.00% on $1,112.80; Claim# 31P; Final distribution | 5400-000 | | 1,112.80 | 16,957.89 |
| 12/18/09 | 112 | Discover Bank/DFS Serivces LLC | Dividend paid   0.52% on $6,203.26; Claim# 7; Final distribution | 7100-000 | | 32.41 | 16,925.48 |
| 12/18/09 | 113 | Temperature Equipment Corp. | Dividend paid   0.52% on $835,240.01; Claim# 8; Final distribution | 7100-000 | | 4,362.78 | 12,562.70 |
| 12/18/09 | 114 | Chase Bank USA NA | Dividend paid   0.52% on $4,070.05; Claim# 9; Final distribution | 7100-000 | | 21.26 | 12,541.44 |
| 12/18/09 | 115 | Chase Bank USA NA | Dividend paid   0.52% on $27,142.37; Claim# 10; Final distribution | 7100-000 | | 141.77 | 12,399.67 |
| 12/18/09 | 116 | Capitol Indemnity Corp. | Dividend paid   0.52% on $45,000.00; Claim# 12; Final distribution | 7100-000 | | 235.05 | 12,164.62 |
| 12/18/09 | 117 | Amalgamated Bank | Dividend paid   0.52% on $16,777.45; Claim# 13; Final distribution | 7100-000 | | 87.64 | 12,076.98 |
| 12/18/09 | 118 | U.S. Bank N.A. | Dividend paid   0.52% on $2,379.91; Claim# 19; | 7100-000 | | 12.43 | 12,064.55 |

Subtotals :   $109,913.74   $97,849.19

{} Asset reference(s)

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-10566
**Case Name:** FRANCO, FRANK J
FRANCO, DAWN J
**Taxpayer ID #:** **-***9719
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****26-66 - Checking Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Final distribution | | | | |
| 12/18/09 | 119 | Nucomfort Supply, Inc. | Dividend paid 0.52% on $110,231.83; Claim# 20; Final distribution | 7100-000 | | 575.78 | 11,488.77 |
| 12/18/09 | 120 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 0.52% on $21,878.10; Claim# 21; Final distribution | 7100-000 | | 114.28 | 11,374.49 |
| 12/18/09 | 121 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 0.52% on $15,523.88; Claim# 22; Final distribution | 7100-000 | | 81.09 | 11,293.40 |
| 12/18/09 | 122 | Financial Management Services, Inc. | Dividend paid 0.52% on $61,437.56; Claim# 23; Final distribution | 7100-000 | | 320.91 | 10,972.49 |
| 12/18/09 | 123 | Fifth Third Bank | Dividend paid 0.52% on $5,888.16; Claim# 24; Final distribution | 7100-000 | | 30.76 | 10,941.73 |
| 12/18/09 | 124 | Control'd Engineering Supply Co. | Dividend paid 0.52% on $4,251.93; Claim# 25; Final distribution | 7100-000 | | 22.21 | 10,919.52 |
| 12/18/09 | 125 | Plumbers Local Union No. 93 UA Health and Welfare | Dividend paid 0.52% on $141,639.86; Claim# 26 -2; Final distribution | 7100-000 | | 739.84 | 10,179.68 |
| 12/18/09 | 126 | Plumbers Local Union No. 93 UA Ret. Acct. Fund | Dividend paid 0.52% on $49,840.75; Claim# 27 -2; Final distribution | 7100-000 | | 260.34 | 9,919.34 |
| 12/18/09 | 127 | Plumbers Local Union No. 93 UA | Dividend paid 0.52% on $12,882.78; Claim# 28S; Final distribution | 7100-000 | | 67.29 | 9,852.05 |
| 12/18/09 | 128 | Plumbers Local Union No. 93 UA | Dividend paid 0.52% on $2,657.80; Claim# 28U; Final distribution | 7100-000 | | 13.88 | 9,838.17 |
| 12/18/09 | 129 | Plumbers Local Union No. 93 UA Pension Fund | Dividend paid 0.52% on $48,740.24; Claim# 29S; Final distribution | 7100-000 | | 254.59 | 9,583.58 |
| 12/18/09 | 130 | Plumbers Local Union No. 93 UA Pension Fund | Dividend paid 0.52% on $10,974.16; Claim# 29U; Final distribution | 7100-000 | | 57.32 | 9,526.26 |
| 12/18/09 | 131 | The Industry Advancement Fund | Dividend paid 0.52% on $2,928.65; Claim# 30S; Final distribution | 7100-000 | | 15.30 | 9,510.96 |
| 12/18/09 | 132 | Joint Apprenticeship Committee Fund of the Plumbin | Dividend paid 0.52% on $5,062.30; Claim# 31S; Final distribution | 7100-000 | | 26.44 | 9,484.52 |
| 12/18/09 | 133 | Joint Apprenticeship Committee Fund of the Plumbin | Dividend paid 0.52% on $1,220.46; Claim# 31U; Final distribution | 7100-000 | | 6.37 | 9,478.15 |
| 12/18/09 | 134 | Lori Wyatt | Dividend paid 0.52% on $5,000.00; Claim# 32; Final distribution | 7100-000 | | 26.12 | 9,452.03 |
| 12/18/09 | 135 | Bank of America | Dividend paid 0.52% on $1,808,656.00; Claim# 33; Final distribution | 7100-000 | | 9,447.30 | 4.73 |
| 12/18/09 | 136 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 4.73 | 0.00 |
| | | | Dividend paid 0.52% on $298.33; Claim# 11; Filed: $298.33 | 7100-000 | | 1.56 | 0.00 |

Subtotals : $0.00 $12,064.55

{} Asset reference(s)

Printed: 08/14/2010 10:03 AM　V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-10566
**Case Name:** FRANCO, FRANK J
FRANCO, DAWN J
**Taxpayer ID #:** **-***9719
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****26-66 - Checking Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 0.52% on 3.17 $605.94; Claim# 30U; Filed: $605.94 | 7100-000 | | | 0.00 |
| 04/20/10 | | Wire out to BNYM account 9200******2666 | Wire out to BNYM account 9200******2666 | 9999-000 | -0.02 | | -0.02 |
| | | | **ACCOUNT TOTALS** | | 109,913.72 | 109,913.74 | $-0.02 |
| | | | Less: Bank Transfers | | 109,913.72 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 109,913.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$109,913.74** | |

{} Asset reference(s)

Printed: 08/14/2010 10:03 AM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-10566  
**Case Name:** FRANCO, FRANK J  
FRANCO, DAWN J  
**Taxpayer ID #:** **-***9719  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2666 | Wire in from JPMorgan Chase Bank, N.A. account ********2666 | 9999-000 | 0.02 | | 0.02 |
| | | | **ACCOUNT TOTALS** | | **0.02** | **0.00** | **$0.02** |
| | | | Less: Bank Transfers | | 0.02 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****26-65** | 501,746.44 | 391,832.70 | 0.00 |
| **Checking # ***-*****26-66** | 0.00 | 109,913.74 | -0.02 |
| **Checking # 9200-******26-66** | 0.00 | 0.00 | 0.02 |
| | $501,746.44 | $501,746.44 | $0.00 |